# AFFIDAVIT

STATE OF Georgia )
                 ) SS:
COUNTY OF Cobb )

I, Emmanuel Onunwor, being first duly sworn, depose and state as follows

1. I was the Mayor of East Cleveland ~~throughout~~ in some of / throughout E.O. 1998 and 1999.

2. I was aware that there were concerns in the community that the three young men (Eugene Johnson, Derrick Wheatt, and Laurese Glover) convicted for the 1995 murder of Clifton Hudson may have been wrongfully convicted.

3. Based on meetings I had with family members and community leaders, I believed that the convictions should have been re-examined and, if warranted, the cases re-opened.

4. In June 1998, the City of East Cleveland received a public records request sent on behalf of one of the young men convicted for the Hudson murder. The request sought the East Cleveland Police Department file of the Hudson murder investigation.

5. In June 1998, the City of East Cleveland was prepared to provide copies of the East Cleveland Police Department file of the Hudson murder investigation in response to the public records request.

6. On June 24, 1998 Cuyahoga County Prosecutors Carmen Marino and Deborah Naiman directed the City of East Cleveland not to turn over any files and instead to provide all files (originals and any copies) to the Cuyahoga County Prosecutor's Office. Marino and Naiman's letter stated that the failure to turn over the files could constitute a willful violation of the law.

7. In my time at the City of East Cleveland, neither the County nor the Prosecutor's Office had ever made such a request before.

8. In order to comply with the letter and so as not to violate what Marino and Naiman claimed was the law, the requested files were delivered to the Cuyahoga County Prosecutor's Office.

9. In June 1999, again based on my concerns regarding the investigation and prosecution of Wheatt, Glover, and Johnson, I wrote to the County Prosecutor, Bill Mason, and asked him to re-open the case.



EXHIBIT A

1

WG023266

11. I did what I could to try to re-open the case and come to the truth about who killed Clifton Hudson, but the County would not allow it.

FURTHER AFFIANT SAYETH NAUGHT.

_____

**NOTARY PUBLIC**

SWORN TO BEFORE ME and subscribed in my presence this 23 day of July, 2017.

_____
NOTARY PUBLIC  Matthew A. Dickason