IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| DERRICK WHEATT and LAURESE GLOVER, | ) <br> ) <br> ) |
| Plaintiffs | ) <br> ) |
| v. | ) No. 1:17-CV-377 <br> ) |
| CITY OF EAST CLEVELAND, MICHAEL C. PERRY, VINCENT K. JOHNSTONE, D.J. MIKLOVICH, PATRICIA LANE, CHARLES TEEL, JOHN C. BRADFORD, TERRENCE DUNN, CARMEN MARINO, DEBORAH NAIMAN, and CUYAHOGA COUNTY, | ) <br> ) <br> ) Judge James S. Gwin <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

## PLAINTIFFS' FIRST SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES

Plaintiffs, Derrick Wheatt and Laurese Glover, by their undersigned attorneys, hereby make the following disclosures pursuant to Rule 26(a)(1):

1. Rule 26(a)(1)(A)(i) Persons with knowledge:

Star Latease Smith, Derrick Wheatt's wife, has knowledge of Plaintiff's damages.
May be contacted through Plaintiff's counsel.

Josette Williams, Derrick Wheatt's sister, has knowledge of Plaintiff's damages and may have knowledge of some of the events underlying the Complaint.
*Investigation continues to obtain this witness's address.*

Brian Williams, Derrick Wheatt's brother, has knowledge of Plaintiff's damages, and may have knowledge of some of the events underlying the Complaint.
*Investigation continues to obtain this witness's address.*

Demetrius Williams, Derrick Wheatt's brother, has knowledge of Plaintiff's damages, and may have knowledge of some of the events underlying the Complaint.
*Investigation continues to obtain this witness's address.*


EXHIBIT C

Lakeisha Glover, Laurese Glover's sister, has knowledge of Plaintiff's damages, and may have knowledge of some of the events underlying the Complaint.
21801 Bruce Ave.
Euclid, OH 44123

Patricia Glover, Laurese Glover's mother, has knowledge of Plaintiff's damages, and has knowledge of some of the events underlying the Complaint.
1117 Eddy Rd.
Cleveland, OH 44108

Saquanah Glover, Laurese Glover's cousin, has knowledge of Plaintiff's damages, and has knowledge of some of the events underlying the Complaint.
1720 E. 79th St.
Cleveland, OH 44103

Lucille Glover, Laurese Glover's aunt, has knowledge of Plaintiff's damages.
*Investigation continues to obtain this witness's address.*

Rosemary Johnson, Eugene Johnson's mother, has knowledge of some of the events underlying the Complaint and has knowledge of Johnson's damages.
14508 Ardenall Ave.
East Cleveland, OH 44112

Emmanuel Onunwor, former mayor of the City of East Cleveland, has knowledge of some of the events underlying the Complaint and the information provided in his affidavit.
Marietta, GA (*Investigation continues to obtain this witness's address.*)

Respectfully submitted,

s/ Elizabeth Wang
One of Plaintiffs' Attorneys

Michael Kanovitz
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: (312) 243-5900
mike@loevy.com
*Counsel for Plaintiff*

Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: (720) 328-5642
elizabethw@loevy.com

## Certificate of Service

I, Elizabeth Wang, an attorney, hereby certify that on August 11, 2017, I served via e-mail the foregoing Plaintiff's First Supplemental Rule 26(a)(1) Disclosures, on all counsel of record.

s/ Elizabeth Wang
Attorney for Plaintiff
