# EAST CLEVELAND POLICE DEPARTMENT
## 14340 Euclid Avenue
## East Cleveland, Ohio 44112
## (216) 681-2378   (216) 681-2368
## Fax: (216) 681-2384

## FAX TRANSMITION MEMO

**TO:** Mr. Avery/Black on Black 2000
Euclid Avenue
East Cleveland, Ohio 44112

**DATE:** 7-14-98
**FAX #:** (216) 696- 5711
**NO. OF PAGES TO FOLLOW:** 1

**NOTES:** Per your request this date.

**Sender Name:** Charles Teel, Deputy Safety Director
**Phone:** (216) 681-2183
**Authorized By:** Charles Teel, DSD
**Date:** 7-14-98

Exhibit D-1

### *** CONFIDENTIALITY NOTICE ***

The documents accompanying this telecopy transmission contain confidential information, belonging to the sender, that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance of the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately and destroy these copies.

CITY 005713



# Cuyahoga County

**Stephanie Tubbs Jones**
Prosecuting Attorney

June 24, 1998

East Cleveland Police Department
City of East Cleveland
14340 Euclid Avenue
East Cleveland, Ohio 44112
Attn: Sgt. Terrence Dunn

        RE: State of Ohio v. Eugene Johnson, et al.
            Cuyahoga County Criminal Case No. 324431
            OFI EC 9503123

Dear Sgt. Dunn:

    It has come to our attention that the City of East Cleveland intends to release the police file of the investigation of the above captioned case. It is our position that said police file and its contents are not public record, thus any release could constitute a wilful violation of the law.

    You are hereby directed to turn over to the Cuyahoga County Prosecutor's Office Investigator presenting this letter the entire department file concerning the above captioned matter, including, but not limited to, all items of the file contained within the Detective Bureau as well as any and all copies which exist elsewhere, including, but not limited to, the Records Room of East Cleveland. Said file and all contents are to be handed over to Cuyahoga County Prosecutor's Office Investigators forthwith.

    Thank you for your anticipated cooperation in this matter.

                                         Sincerely,

                                         Carmen Marino
                                         First Assistant

                                         Deborah Naiman
                                         Assistant County Prosecutor

| TRANSMISSION VERIFICATION REPORT |
|---|

```
                                       TIME  : 07/14/1998 19:23
                                       NAME  : EC DETECTIVE UNIT
                                       FAX   : 2166812194
                                       TEL   : 2166812162
```

```
DATE,TIME              07/14 19:22
FAX NO./NAME           96965711
DURATION               00:01:41
PAGE(S)                02
                       COVERPAGE
RESULT                 OK
MODE                   STANDARD
```

CITY 000515



# Cuyahoga County

Stephanie Tubbs Jones
Prosecuting Attorney

June 26, 1998

Received of Sgt. Terrence Dunn, East Cleveland Police Department

Police Department File Number  OFI EC 9503123

Cuyahoga County Criminal Case Number CR 324431

Courts Tower, Justice Center, 1200 Ontario Street, Cleveland, Ohio 44113, (216) 443-7730 / 443-7800

CITY 000807

MEMORANDUM

TO: EMMANUEL W. ONUNWOR
    MAYOR-EAST CLEVELAND

DATE: 6/9/98

FROM: JAMES AVERY-PRESIDENT
    BLACK ON BLACK 2000

RE: STATE OF OHIO VS.
    DERRICK WHEAT
    CASE NO.: 324431
    JUDGE STUART SAFERIN

CONVICTION: MURDER
SENTENCE: LIFE IN PRISON (15 YEARS TO LIFE)

We at Black on Black 2000 believe that Derrick Wheat, Laurese Glover, and Eugene Johnson are victims of circumstance. These three (3) innocent young have been sentenced to life in prison for murder at the Madison Correctional Institute, while the real murderer is still walking the streets of our community.

LOCATION OF THE CRIME:

The scene where this tragedy took place was the East Cleveland community in the 1700 block of Strathmore; the victim, Clifton Hudson was shot and fell to his death.

INVESTIGATION:

The East Cleveland Police, Investigating Officer, Det. Vincent Johnstone should have taken further witness statements of residents in the area who came forward as eyewitnesses.

For example, Starley Johnson and other family members, observed from their living room window the shooting that led to this tragic incident. The eyes of the killer are embedded in the memory of this young man forever.

STATE WITNESS AT TRIAL

Tamika Harris, 14 year old, star witness at Trial, who was described by family members as unstable, changed her statements, description of the incident, and shooters several times during her testimony.

DEFENSE PRESENTATION:

The Black on Black 2000 has obtained a video tape statement saying that the accused are guilty of this murder. This statement describes the actual murder.

**CITY 000808**

## CONCLUSION

Black on Black does not have the authority to do criminal investigations. Black on Black does not have the authority to issue subpoenas. But their investigation has brought forth other witnesses. BUT STILL A BOLD KILLER STILL WALKS THE STREETS OF EAST CLEVELAND.