**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| DERRICK WHEATT, et al., | ) | CASE NO. 1:17-CV-377 |
| | ) | consolidated with |
| Plaintiffs, | ) | CASE NO. 1:17-CV-611 |
| | ) | |
| Vs. | ) | JUDGE JAMES GWIN |
| | ) | |
| CITY OF EAST CLEVELAND, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEAL OF DEFENDANTS CARMEN MARINO AND DEBORAH NAIMAN

Notice is hereby given that Defendants Carmen Marino and Deborah Naiman hereby appeal to the United States Court of Appeals for the Sixth Circuit from the judgment of the United States District Court for the Northern District of Ohio, Eastern Division, that denied to Defendants Marino and Naiman absolute prosecutorial immunity and that further denied to Defendants Marino and Naiman qualified immunity, entered in this action on the 9th day of November 2017, ECF 124, attached as Exhibit A.

    Respectfully submitted,

    MICHAEL C. O'MALLEY (0059592)
    Prosecuting Attorney of Cuyahoga County, Ohio

By:    s/ Jennifer M. Meyer
    JENNIFER M. MEYER (0077853)
    CHARLES E. HANNAN (0037153)
    Assistant Prosecuting Attorneys
    1200 Ontario Street, 8th Floor
    Cleveland, Ohio   44113
    Tel:  (216) 443-7800/Fax: (216) 443-7602
    jmeyer@prosecutor.cuyahogacounty.us
    channan@prosecutor.cuyahogacounty.us

    *Counsel for Defendants Marino and Naiman*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Appeal of Defendants Carmen Marino and Deborah Naiman was filed electronically on November 30, 2017 and was served electronically on all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                 s/ Jennifer M. Meyer\
                                                                 Jennifer M. Meyer (0077853)