IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DERRICK WHEATT and LAURESE GLOVER, | ) ) ) No. 1:17-CV-377 & ) No. 1:17-CV-611 (consolidated) |
| Plaintiffs | ) ) |
| v. | ) Judge James S. Gwin ) |
| CITY OF EAST CLEVELAND, et al. | ) ) |
| Defendants. | ) |

## PLAINTIFFS' DESIGNATIONS OF DEPOSITION TESTIMONY

Plaintiffs, Derrick Wheatt, Laurese Glover, and Eugene Johnson, hereby respectfully submit designations of Tamika Harris's deposition testimony, attached.

Plaintiffs provided their designations to Defendants on November 16, 2017, and then provided a slightly revised version on November 28, 2017. Plaintiffs requested that the Defendants mark their designations and any objections so that Plaintiffs could make any counter-designations, if needed. To date, Defendants have not provided their objections to any of Plaintiffs' designations or any of their own designations.

Respectfully submitted,

s/ Elizabeth Wang

| | |
|---|---|
| Mark Loevy-Reyes | Elizabeth Wang |
| LOEVY & LOEVY | LOEVY & LOEVY |
| 311 N. Aberdeen St., 3rd Fl. | 2060 Broadway, Ste. 460 |
| Chicago, IL 60607 | Boulder, CO 80302 |
| O: (312) 243-5900 | O: (720) 328-5642 |
| mark@loevy.com | elizabethw@loevy.com |

*Counsel for Plaintiffs Derrick Wheatt and Laurese Glover*

s/ Michael B. Pasternak

| | |
|---|---|
| Michael B. Pasternak | Brett Murner |
| Park Center II, Suite 411 | 208 North Main Street |
| 3681 South Green Road | Wellington, OH 44090 |
| Beachwood, OH 44122 | O: (440) 647-9505 |
| O: (216) 360-8500 | bmurner@yahoo.com |
| Mpasternak1@msn.com | |

*Counsel for Plaintiff Eugene Johnson*

**CERTIFICATE OF SERVICE**

      I, Elizabeth Wang, an attorney, hereby certify that on December 5, 2017, I served via CM/ECF the foregoing Plaintiffs' Designations of Deposition Testimony.

                                                              s/ Elizabeth Wang
                                                              Attorney for Plaintiff