**Tamika Harris - August 23, 2017**

```
1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
2
  _____
3

4  DERRICK WHEATT, LAURESE        )
   GLOVER,                        )
5                                 )
                                  )
6       Plaintiffs,               )
                                  )
7  VS.                            )   NO. 1:17-cv-377-JG
                                  )
8                                 )
                                  )
9  CITY OF EAST CLEVELAND, et al.)
                                  )
10                                 )
        Defendants.               )
11 _____

12
               VIDEOTAPED DEPOSITION
13
                        OF
14
                  TAMIKA HARRIS
15
                 AUGUST 23, 2017
16
17    Plaintiffs' designations are in yellow highlighting.

18

19

20
              Alpha Reporting Corporation
21                 236 Adams Avenue
              Memphis, Tennessee 38103
22                 (901) 523-8974
               www.alphareporting.com
23

24

25
```

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

```
 1            The videotaped deposition of TAMIKA HARRIS
 2   is taken on this, the 23rd day of August, 2017, on
 3   behalf of the Plaintiffs, pursuant to notice and
 4   consent of counsel, beginning at approximately
 5   10:50 a.m., in the offices of Alpha Reporting
 6   Corporation, 236 Adams Avenue, Memphis, Tennessee.
 7            This deposition is taken pursuant to the
 8   terms and provisions of the Federal Rules of Civil
 9   Procedure.
10            All forms and formalities are waived.
11   Objections are [reserved|not reserved], except as to
12   form of the question, to be disposed of at or before
13   the hearing.
14            The signature of the witness is waived.
15
16
17
18
19
20
21
22
23
24
25
```

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

```
                                                                    3
 1                    A P P E A R A N C E S

 2   FOR DERRICK WHEATT AND LAURESE GLOVER:

 3                    ELIZABETH WANG, ESQ.
                      elizabethw@loevy.com
 4                    Loevy & Loevy
                      2060 Broadway, Suite 460
 5                    Boulder, Colorado 80302
                      (720) 328-5642
 6
     FOR EUGENE JOHNSON:
 7
                      BRETT F. MURNER, ESQ.
 8                    brett@murnerlaw.com
                      The Law Office Of Brett Murner
 9                    208 N. Main Street
                      Wellington, Ohio 44090
10                    (440) 647-9505

11   FOR CARMEN MARINO, DEBORAH NAIMAN, CUYAHOGA COUNTY:

12                    CHARLES E. HANNAN, ESQ.
                      Assistant County Prosecutor
13                    Cuyahoga County, Ohio
                      The Justice Center, Courts Tower,
14                    8th Floor
                      1200 Ontario Street
15                    Cleveland, Ohio 44113
                      (216) 443-7758
16
     FOR CITY OF EAST CLEVELAND:
17
                      WILLA M. HEMMONS, ESQ.
18                    whemmons@eastcleveland.org
                      The City of East Cleveland
19                    14340 Euclid Avenue
                      East Cleveland, Ohio 44112
20                    (216) 681-2393

21   COURT REPORTING FIRM:
                      ALPHA REPORTING CORPORATION
22                    SHERI ALLEN, COURT REPORTER
                      BLAINE COLEMAN, VIDEOGRAPHER
23                    236 Adams Avenue
                      Memphis, Tennessee 38103
24                    901-523-8974
                      www.alphareporting.com
25
```

**Tamika Harris - August 23, 2017**

```
                                                          4
 1                  I N D E X

 2

 3              EXAMINATION INDEX

 4
   TAMIKA HARRIS
 5      BY MR. MURNER . . . . . . . . . . . . . . .   5
        BY MR. HANNAN . . . . . . . . . . . . . . .  47
 6      BY MS. HEMMONS . . . . . . . . . . . . . .  58
        FURTHER BY MR. MURNER . . . . . . . . . .  69
 7

 8

 9

10
                EXHIBIT INDEX
11
                                              MAR
12 Exhibit
   EXHIBIT NO. 1  Affidavit                    40
13
   EXHIBIT NO. 2  Affidavit - executed
14                January 2004                 53

15 EXHIBIT NO. 3  Email dated December 2, 2002  60

16 EXHIBIT NO. 4  Email dated December 2, 2002  64

17

18

19

20

21

22

23

24

25 COURT REPORTER'S CERTIFICATE                 74
```

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

5

```
1         VIDEOGRAPHER:  Today is August 23rd, 2017.
2    The time is approximately 10:49.  The location is
3    Alpha Reporting Corporation in Memphis, Tennessee.
4    The case is entitled Wheatt and Glover versus City
5    of East Cleveland, et al.  Our deponent today is
6    Tamika Harris.
7              Will counsel please identify themselves
8    for the record.
9              MR. MURNER:  For the record, attorney
10   Brett Murner on behalf of Plaintiff Eugene Johnson.
11             MS. WANG:  Elizabeth Wang, W-A-N-G, on
12   behalf of Plaintiff Derrick Wheatt and Laurese
13   Glover.
14             MR. HANNAN:  Charles Hannan on behalf of
15   Defendants Carmen Marino, Deborah Naiman, Cuyahoga
16   County.
17             MS. HEMMONS:  Willa Harris on behalf of
18   the City of East Cleveland and the law enforcement
19   officers thereby.
20             VIDEOGRAPHER:  Will the court reporter
21   please swear in the witness.
22                  TAMIKA HARRIS,
23   having been first duly sworn, was examined and
24   testified as follows:
25                    EXAMINATION
```

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

6

```
 1   BY MR. MURNER:
 2       Q.    Good morning.
 3       A.    Morning.
 4       Q.    Can you please state your name and current
 5   address for the record, please?
 6       A.    Tamika Harris, 818 Sorrell Circle, Marion,
 7   Arkansas.
 8       Q.    Where is Marion, Arkansas, is that over
 9   the bridge?
10       A.    Over the bridge.
11       Q.    Over the bridge?  How long have you lived
12   in Arkansas, Tamika?
13       A.    For the last six years.
14       Q.    Okay.  And where did you live before that?
15       A.    Cleveland.
16       Q.    Okay.  And how long did you live in
17   Cleveland, Ohio, in the area?
18       A.    All my life.
19       Q.    And what brings you to Arkansas or Memphis
20   here?
21       A.    My husband.
22       Q.    What's his name?
23       A.    Turrell.
24       Q.    Turrell.  Got any kids?
25       A.    Five boys.
```

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

7

1      Q.    How many?

2      **A.    Five.**

3      Q.    Names and ages?

4      **A.    Anthony, 20.**

5      Q.    It's a quiz.

6      **A.    Andre 16; Justin, 11; DaLontae's 9 and**

7      **Durrell is seven.**

8      Q.    Wow, that's a handful.

9      **A.    Handful.  The starting line up.**

10     Q.    Indeed, you got all five.  And what do you

11     do for work then?

12     **A.    I am a manager at a truck stop.**

13     Q.    Okay.  And where is the truck stop located

14     at?

15     **A.    In Arkansas, over the bridge.**

16     Q.    And what do you do there?

17     **A.    I'm -- it's a small fuel island.  So we're**

18     **-- I manage maybe four to five people per shift, and**

19     **we help drivers get fuel and get them in and get**

20     **them out so they can hit the road.**

21     Q.    Okay.  So I want to walk you back about

22     20, 22 years.  Do you recall anything of great

23     interest happening to you, or you observing that

24     when you were 14 years old?

25     **A.    Just when I witnessed a guy get killed in**

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

8

```
 1   East Cleveland and had to go to court for all that.
 2       Q.   Okay.  Do you remember what time of year
 3   that was, or that winter or summer?
 4       A.   Like kind of mid winter, like it was the
 5   new year, but, you know, it was after Christmas,
 6   before spring.  February.  Something like that.
 7       Q.   Okay.  And you were 14 at the time --
 8       A.   I was 14.
 9       Q.   -- is that correct?
10       A.   Yep.
11       Q.   Where were you going to school?
12       A.   Patrick Henry.
13       Q.   Yeah, I thought that was Patrick Henry.
14   And who did you live with?
15       A.   Well, at that point in time I was staying
16   with my uncle.
17       Q.   Okay.
18       A.   Yeah.  My mom had custody of me, but I
19   just liked spending time with my uncle, so I was
20   staying with him.
21       Q.   Okay.  What's your uncle's name?
22       A.   Anthony.
23       Q.   Anthony.  Last name?
24       A.   Gunn.
25       Q.   Gunn?
```

**Tamika Harris - August 23, 2017**

9

```
 1      A.   Uh-huh (affirmative response.)

 2      Q.   How do you spell that?

 3      A.   G-U-N-N.

 4      Q.   And can you describe for me the events you

 5  saw that day?

 6      A.   Well, earlier in the evening I was hanging

 7  out with a friend, and I was leaving with her, like,

 8  she walked me kind of, like, halfway home.  And I

 9  was approaching Strathmore.  And it was early

10  evening and I heard gunshot.  And when I looked, I

11  seen like a Blazer, Bronco type vehicle.  It was

12  driving by, and as it was driving by there was a guy

13  coming from, like, across the sidewalk.

14           And he approached the -- the victim, and

15  he fired a couple more shots.  And after he fired

16  the shots, he took off running and he kind of, like,

17  came out from under the bridge and turned right.

18  And then once he turned right, that's when I slowly

19  approached the -- the guy that was laying on the

20  ground.  And he was kind of like saying something

21  that I couldn't quite understand.

22           And -- and I looked up and I seen a guy,

23  like, the house that he was in front of, there was a

24  guy.  And I was, like, hey, somebody's been shot in

25  front of your house.  And so he came out kind of
```

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

1    like to the sidewalk.  And I looked up and we were

2    across the street from the US Post Office, and there

3    was a post office worker pulling in.  I ran over to,

4    I can't remember if it was a man or a woman, but I

5    ran over to the worker and I said, hey, can you call

6    the police, someone's been shot.  And, you know,

7    shortly thereafter the police arrived on the scene.

8        Q.    So where were you walking to?

9        A.    I was going to my uncle's house.

10       Q.    Your uncle's house?

11       A.    Uh-huh (affirmative response).

12       Q.    And where did your uncle live?

13       A.    He stayed on Taylor, which is a couple

14   streets over from Shaw and Strathmore.

15       Q.    Okay.  So Strathmore Avenue is in East

16   Cleveland?

17       A.    Yes.

18       Q.    And I think you described, is there a post

19   office -- can you describe that kind of intersection

20   or where you saw this?

21       A.    Well, I think it's a four way stop, I'm

22   not really for sure.  I can't remember.  But

23   there's, like, a bridge, and there's, like, a

24   freeway -- I mean, not a freeway, railroad tracks

25   above the bridge.  And then once you go under that

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

11

1  bridge, on your left is the actual gate for the US

2  Post Office, and then on the right there's, like,

3  several houses.

4      Q.   Okay.  And you said you were with a

5  friend.  What did your friend do?

6      A.   Well, she had turned around.  Like, she

7  heard that first shot, she turned around.  But it

8  was -- I couldn't turn around, I had a curfew I had

9  to be.  So I had to keep going where, you know, I

10  didn't, like, walk into it.  But I kind of, like,

11  was trying to wait for it all to, like, end.

12  Because I had to get home.  Like, wasn't getting in

13  trouble just because somebody was shooting.  I made

14  sure I was safe, but, you know.

15      Q.   Is this the first time you heard gunshots

16  in your neighborhood?

17      A.   Not the first time I heard gunshots, no.

18  First time I seen somebody get actually, you know,

19  shot and actually see it, yes.  But not the first

20  time I've heard gunshots.

21      Q.   Gunshots fairly common?

22      A.   Yeah.

23      Q.   Okay.  How far away were you from watching

24  this man?

25      A.   I was at the --

**Tamika Harris - August 23, 2017**

12

```
 1      Q.    Approximately?
 2      A.    I was at the corner, and where the guy got
 3  shot at, it was, like, literally, the first house
 4  right after the bridge -- excuse me -- so maybe 200
 5  feet or less, I'm guessing.  I don't know.
 6      Q.    You have glasses on today --
 7      A.    I do.
 8      Q.    -- did you always wear glasses?
 9      A.    I do.
10      Q.    Were you wearing glasses in 2000, or I'm
11  sorry, in 1995, you think?
12      A.    I don't remember.
13      Q.    Okay.
14      A.    I know I should have had them, but I don't
15  remember if I had them on that day or not.
16      Q.    Why wouldn't you wear them some days?
17      A.    Because I didn't like them.
18      Q.    Because you were a 14 year old girl?
19      A.    I didn't like them.  And they didn't have
20  stylish glasses back then, they had ugly glasses, so
21  I didn't like them.
22      Q.    So you didn't wear your glasses a lot?
23      A.    Not a lot, no.
24      Q.    When you were 14, was your vision -- I
25  mean, did you need the glasses or just need them a
```

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

13

1　little bit, or what do you think?

2　　A.　I can't recall.  I know at some point

3　during my teenage years I had to have them.  But I

4　want to say that I didn't have them at that point in

5　time.  I might not have got them until, like,

6　maybe --

7　　Q.　Okay.

8　　A.　-- right at 9th grade or something like

9　that.  But I'm not a hundred percent sure.

10　　Q.　Okay.  This person you saw that did the

11　shooting, can you describe them for me?

12　　A.　The shooter?

13　　Q.　Yes.

14　　A.　He was tall, dark skin.  And I never seen

15　his face clearly, so I can't tell you what his face

16　looked like, but I know that he had on, like, a

17　hoodie with a Nautica or Tommy Hilfiger type bubble

18　coat on over that.

19　　Q.　What do you mean by a Nautica, a Tommy

20　Figer (sic) bubble coat?

21　　A.　It was the style back then.  So it was

22　kind of like a puffy winter coat, but it wasn't

23　really puffy or whatever, it was just a certain

24　style.

25　　Q.　Okay.  And what color was that?

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

14

1    A.    I believe it was, like, a maroonish color,
2  something like that, dark maroon.
3    Q.    Okay.  And you said also the person had a
4  hoodie on underneath that?
5    A.    Uh-huh (affirmative response).
6    Q.    Was that a common style as well?
7    A.    Yeah.  Yeah.  Because it's winter in
8  Cleveland so everybody usually doubles up.  So yeah,
9  hoodie and a jacket would be substandard, yeah.
10    Q.    Right.  A lot of people would be wearing a
11  hoodie or some layering --
12    A.    Yeah.
13    Q.    -- in Cleveland?
14    A.    Yes.
15    Q.    Okay.  After you saw what you saw, you
16  said you were the first person to see the victim?
17    A.    Yes.
18    Q.    That's pretty scary.
19    A.    Yeah.
20    Q.    Did the person that did the shooting, did
21  he -- he fled the scene; is that correct?
22    A.    Yes.
23    Q.    Okay.  Did he get in a vehicle of any
24  sort?
25    A.    I'm not for sure.  He turned in the same

**Tamika Harris - August 23, 2017**

15

1   direction of travel as the vehicle, but I never seen

2   him get in the vehicle.

3       Q.   Okay.  So you saw a vehicle there as well?

4       A.   Yes.

5       Q.   Okay.  And can you describe that vehicle

6   for me, if you recall?

7       A.   I think it was dark.  I'm not really for

8   sure.  I can't remember the color.  It was so long

9   ago.  But it was like a Bronco, Blazer 4X4 type

10  vehicle.  Like big, boxy kind of --

11      Q.   Uh-huh.

12      A.   -- truck.

13      Q.   Did you see anybody get out or into that

14  vehicle?

15      A.   No.

16      Q.   Okay.

17      A.   Like it looked like he could have, you

18  know, but he came from behind the vehicle so, like,

19  there was no way for me to really tell if he

20  actually got out of the vehicle.

21      Q.   But certainly, no one got into that

22  vehicle?

23      A.   No, not that I saw.

24      Q.   Okay.  Did you hear anything, any sounds

25  coming from that vehicle?

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

16

1      A.    No.

2      Q.    No gunshots?

3      A.    No.

4      Q.    Okay.  The -- the sound of the gunshot you
5  heard, were they from that vehicle or a different
6  area?

7      A.    I mean, the vehicle rode past, it was
8  like, you know, one gunshot, and then there was,
9  like, a little pause.  And the first gunshot, you
10  know, after I peeked, that's when I seen the guy
11  crossing the street.  So I'm not for sure where that
12  first gunshot came from.

13      Q.    Okay.

14      A.    But then, you know, the other two gunshots
15  came from the guy that was in the street.  And at
16  that time, the vehicle was already, like, going by
17  and turning right, because he was kind of, like,
18  trying to get out of there.

19      Q.    Okay.  You said you peeked, what do you
20  mean you peeked out?

21      A.    Like the way the bridge is made, it's kind
22  of like rounded, so I kind of like -- like, when
23  you're walking up one street and you're getting
24  ready to cross over and you can kind of see up the
25  street.  But once you hit the bridge you can't see

**Tamika Harris - August 23, 2017**

17

1   anything unless you peek around the corner.

2       Q.   Okay.  Okay.  So did you have a clear view

3   of all this, or was it kind of going in and out of

4   the obstructions?

5       A.   Well, the first -- well, like I said, when

6   I heard the first shot, and I -- and I looked

7   because I was kind of getting ready to cross the

8   street, I was able to see him coming out.  And then

9   that's when I ran up to the bridge.  And I looked

10  again, and that's when, you know, he was walking --

11  he was still walking, he had the gun pointed at the

12  guy.  And then I kind of went back and he was, like,

13  you know, a couple more shots, and then he took off

14  running afterwards.

15      Q.   Okay.  This SUV, did you see any of the

16  people in that or did you see any --

17      A.   I didn't see that face.  I know it was two

18  people, because it was a driver and a passenger.

19      Q.   Okay.

20      A.   But I never seen, like, their face or

21  anything.

22      Q.   Okay.  You could just make out the -- the

23  bodies, there's two people --

24      A.   Two people, yeah.

25      Q.   Okay.  Did you see the face of a shooter?

**Tamika Harris - August 23, 2017**

18

1    A.    No.

2    Q.    Okay.  Okay.  After the police arrived,

3  what happened next?

4    A.    Well, they arrived and, you know, they did

5  their little thing where they, you know, was at the

6  body and looking around.  And then at some point

7  they said, hey, are there any witnesses, did anybody

8  see anything.  And I kind of, like, walked up to one

9  of them and was like, I seen what happened.  And

10  they put in the back of the police car for a little

11  while, and then eventually I went to the police

12  station.

13    Q.    Okay.  Do you recall the -- the officer,

14  their name or description that you talked to --

15    A.    I don't.

16    Q.    -- the first time?

17    A.    I don't.

18    Q.    Okay.  But after the call was made, you

19  stuck around the scene?

20    A.    Yeah.

21    Q.    To be of assistance?

22    A.    Yeah.

23    Q.    Okay.  And once again, how old were you?

24    A.    14.

25    Q.    Okay.  And you were placed in the back of

**Tamika Harris - August 23, 2017**

19

1  a police car and taken to the police department?

2      A.   Uh-huh (affirmative response).

3      Q.   Okay.  Then what happened?

4      A.   They asked questions, like, what did I

5  see, what happened.  That was about it.  And then I

6  went home after so long of being there.

7      Q.   Okay.  How long do you think you were

8  there?

9      A.   Oh, it seemed like forever, but it might

10  have been like an hour, maybe two hours.  But I'm

11  not really for sure how long.

12      Q.   Did -- was your mom or your uncle or

13  anybody with you?

14      A.   No, no one.  It was just me.

15      Q.   Did you ask for them to be there?

16      A.   I can't remember.  I'm pretty sure, like,

17  they asked where was I supposed to be, but I'm not

18  really for sure, I just know that they weren't there

19  at the time.

20      Q.   Did any of the police officers call, look

21  for your adult guardian or your parents?

22      A.   I don't remember.

23      Q.   Okay.  Did you sign anything or make any

24  written statements that first time you were there?

25      A.   I don't remember if it was the first day

**Tamika Harris - August 23, 2017**

20

1   or the second day, but I did sign, you know, a

2   statement after, you know, I told them what

3   happened.

4        Q.   Okay.  So you said the first or the second

5   day.  So did you come back the next day or --

6        A.   Yeah, I think --

7        Q.   -- the day after?

8        A.   -- it was like the next day or the day

9   after a couple of detectives came by.  I don't

10  remember if it was my uncle house or my mom's house,

11  but I know they came by and I had to go back to the

12  police station.  And that's when they kind of, like,

13  showed me the pictures.

14       Q.   Okay.  What do you mean, kind of like

15  showed you the pictures?

16       A.   Well, like, there was, like, three photos

17  and they like laid them out on the table.  And they

18  was, like, do you see anybody that you recognize,

19  you know, from this, you know, shooting.

20       Q.   Uh-huh.

21       A.   And one of the guys had on what I

22  described.  So I was, like, yeah, based off what he

23  has on, that's the guy right there.

24       Q.   Okay.  So you picked one of these three

25  people?

**Tamika Harris - August 23, 2017**

21

1      A.    Uh-huh (affirmative response).

2      Q.    Okay.  But you were identifying clothing,

3  not a face?

4      A.    Yes.

5      Q.    Okay.  Was there anything unusual about

6  that photo array?

7      A.    It was only three pictures.  I know now

8  that, you know, a photo line up is, like, you would

9  be more --

10         MS. HEMMONS:  Objection.

11         MS. WANG:  You can answer.

12     A.    It's more than three pictures.  But they

13  only showed me three pictures.  And it was, like,

14  his hand kind of lingered on one of the pictures of

15  Eugene.  Like, I didn't pay attention to it then,

16  but, like, thinking about it, you know, it was,

17  like, do you see anybody.  And his hand kind of just

18  like that, he wasn't pointing, but his hand kind of

19  sat there.

20  BY MR. MURNER:

21     Q.    Can you describe the photos they placed in

22  front of you for me?

23     A.    It was of the three guys that I later

24  learned to be the actual defendants, the ones that

25  were charged with the -- with the whole case or

**Alpha Reporting Corporation**

Tamika Harris - August 23, 2017

22

1   whatever.  But one of the pictures, I forget which

2   one it was, but he was kind of in front of -- in

3   front of like a holding -- like locker, looked like

4   a holding area or something like that.  Looked like

5   they were, like, actually inside of the, you know,

6   the police station.

7       Q.   Okay.  Let me back up just a little bit.

8   You said you know that you have to have more than

9   three photos for a photo array.  How do you know

10  that?

11      A.   Not from personal experience.

12      Q.   I know.

13      A.   But just, like, basically watching crime

14  show TV.  You know, usually they show, First 48,

15  they show more than one picture.  It's usually like

16  six pictures, maybe more.  And you circle the guy's

17  picture and initial next to it, but.

18      Q.   And none of those procedures were followed

19  with you?

20      A.   No.

21      Q.   Okay.  What type of photos were these,

22  were these, you know, regular photos, Polaroids?

23      A.   Polaroids.

24      Q.   Okay.  Were they color or black and white?

25      A.   Color.

Alpha Reporting Corporation

**Tamika Harris - August 23, 2017**

23

1       Q.    Did the three people in these photos look
2   similar to you?
3       A.    Well, their clothing all looked similar.
4   All of them except for one, because one of them had
5   like a -- the Indian's mascot on his jacket.  But
6   other than that, they all -- like one of them -- one
7   of the guys had some kind of bulky jacket on, but
8   other than that, like...
9       Q.    Do you recall any of the faces?
10      A.    What do you mean?
11      Q.    Well, did they look like similar people to
12  you?
13      A.    No, because they were all, like, different
14  shapes and sizes.  Like, one of them was kind of
15  tall and skinny and another one looked like he was
16  kind of bulkier and...
17      Q.    Did they have the same complexions?
18      A.    No.
19      Q.    What do you mean by that, can you explain?
20      A.    Like one was dark and one was kind of
21  light and one was like in between the two, but they
22  weren't, like, all the same shade or anything.
23      Q.    Okay.  And all three of these photos the
24  people were African-American?
25      A.    Yes.

**Tamika Harris - August 23, 2017**

24

```
 1      Q.   Okay.  And when you refer to shade there,
 2  that was within that, right?
 3      A.   I'm sorry?
 4      Q.   When you referred to one was darker, one
 5  was there --
 6      A.   Yes.
 7      Q.   It's a differing?
 8      A.   Yeah.
 9      Q.   Okay.  The -- do you recall who was in the
10  room when you had the photo array of the three
11  photos shown to you?
12      A.   I know it was a detective.
13      Q.   Okay.
14      A.   I don't know -- I don't remember how many.
15      Q.   Okay.
16      A.   I just remember it was at least one,
17  because it was the one, you know, showing me the
18  picture.
19      Q.   Did you have -- did you have an adult with
20  you?
21      A.   I don't know if my mom went -- I'm pretty
22  sure she went with me, but I'm not for sure she was
23  in the room with me.
24      Q.   Uh-huh.
25      A.   I'm not for sure.
```

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

25

```
 1      Q.    Okay.    So after you made the
 2  identification and you picked Eugene Johnson,
 3  correct?
 4      A.    Uh-huh (affirmative response).
 5      Q.    What you came to know, I guess, as Eugene
 6  Johnson --
 7      A.    Right.
 8      Q.    -- on there, what happened next?
 9      A.    That was it.  Like, to me it was over
10  with.  Like, I identified them, he goes to jail,
11  that was it.  And then, like, sometime down the
12  line, almost a year later, you know, I got
13  contacted, I guess, by, like, the prosecuting
14  attorney.  And that's when I figured out, like, we
15  had to go to trial.
16      Q.    Okay.  Immediately after you picked
17  Mr. Johnson, or you pointed towards Mr. Johnson, did
18  any of the detectives there tell you anything or --
19      A.    I remember asking, like, are they in
20  custody, like, are these the guys that did it,
21  basically?  Not are they in custody, but are these
22  the guys that did it?  And they was, like, yeah, we
23  have them in custody.  And I remember going down and
24  looking at the -- the vehicle and asking, like, was
25  this the vehicle that I seen, you know, riding by,
```

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

26

1    and I told them that it was.

2         Q.   Uh-huh.  Okay.  And do you recall, did you

3    do any more written statements after the photo ID?

4         A.   I believe it was like that, the very last

5    one where they just asked about who it was and have

6    I identified them off of the pictures and whatnot.

7         Q.   Okay.  And once again, was any adults

8    present with you to help you review those things?

9         A.   I don't recall.  I don't think so, but I

10   don't recall.

11        Q.   Did any of the other detectives share any

12   of the other evidence or what they said was their

13   evidence for this case with you?

14        A.   I recall them having a conversation saying

15   something about two of them had gun powder on them,

16   gun powder residue or something like that on them.

17   But that was, like, the basis, like, they did it,

18   they had gun powder residue on them.  That wasn't

19   verbatim what I heard, but that was like the basis

20   of it.

21        Q.   Okay.  And you heard that after the

22   identification?

23        A.   Yeah.

24        Q.   How did that statement make you feel?

25        A.   I kind of didn't think about it at that

Plaintiffs only designate 26:11-27:18 in the event that Plaintiffs' Motion *in Limine* No. 5 is denied

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

27

```
 1  point.  It wasn't really, unfortunately, until like
 2  later in my life when I was like really reflecting
 3  on a lot of stuff and just, like, thinking about it
 4  all.  Like, it just that --
 5            MS. HEMMONS:  Objection.
 6            MS. WANG:  You may answer.
 7       A.   It didn't, like, sit right or whatnot.
 8  BY MR. MURNER:
 9       Q.   When the detectives told you that they had
10  -- they found gunshot residue evidence, did it make
11  you feel more confident that you -- you had the
12  right identification?
13       A.   Yeah.  Yeah.  Based on what they was
14  saying, it was, like, well, if they had gunshot
15  residue on them they must have did it then.  If they
16  arrested these guys and they're showing me the
17  picture and they got on what they got on, they must
18  have did it.  But yeah.
19       Q.   Okay.  So there seems like from your
20  testimony there's a lot of interaction for a couple
21  of three days after the shooting?
22       A.   Uh-huh (affirmative response).
23       Q.   You also testified that you testified at a
24  trial.
25       A.   Uh-huh (affirmative response).
```

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

28

1      Q.    Between kind of your initial interviews
2   with the police and the date of trial, did you learn
3   anything new about this case?
4      A.    No.
5      Q.    Did any investigators from Cuyahoga County
6   or the police come and try and contact you?
7      A.    No, not that I remember.
8      Q.    Okay.  Did any defense counsel try and
9   contact you?
10     A.    No.
11     Q.    Okay.  Any private investigators hired by
12  defense counsel or anybody?
13     A.    No.
14     Q.    That you know of?
15     A.    Not -- not -- no.
16     Q.    Okay.  This period of time we're talking
17  about, which is, I think about six months, I guess,
18  between the incident or a little bit longer before
19  the trial, were you still thinking about this or did
20  you just get on with your 14-year-old life?
21     A.    I just went on with my life.
22     Q.    Okay.  Well, what's on there.  And you
23  didn't -- did you expect anything more to come of
24  that?
25     A.    No.

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

29

1      Q.   Okay.  So tell me about the trial and how

2   you prepared for the trial.

3      A.   Well, I remember going into, like, a

4   little room in the justice center and talking to the

5   prosecutor I guess it was.

6      Q.   Okay.  So when you say little room and you

7   say -- what do you mean?

8      A.   It was like a -- it's like a lobby, and

9   then it was like a room that you would never know

10   because it doesn't look like there's a door

11   whatever, the way it's set up down there.

12      Q.   Okay.

13      A.   But it's a -- it's a small room, like

14   maybe the size of a walk-in closet, depending on

15   what the closet looks like.  Like, it's -- it's

16   small.  It's not nothing big and doesn't look like a

17   office.  It's just a small room, they had a table

18   and a chair in it and I talked to them for a brief

19   second.  And I guess -- I can't remember exactly

20   what he said, but I'm assuming he just told me what

21   was to come.  And then I waited in the lobby.  I

22   couldn't be in the courtroom.  And then they

23   eventually called me in.

24      Q.   Okay.  So the day you had your meeting

25   with this -- with the prosecutor on the case; do you

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

30

1  recall his name?

2      A.    Horn.

3      Q.    Horn.  Okay.  The day you had your first

4  conversation with them you also testified that day?

5      A.    Yeah.

6      Q.    Okay.  And what did you testify to at

7  trial?

8      A.    Basically that the defendant Eugene was

9  the shooter and that I seen the vehicle.  You know,

10  everything that they asked me basically at the

11  police station.

12      Q.    Why did you do that?

13      A.    I thought that's what I was supposed to

14  do.  You know, I gave a statement and, you know, I

15  thought that was -- you know, apparently they

16  reached out to me, I had to go to court, that was

17  the next step just to tell the Court what it was

18  that I saw.  And in my 14-year-old mind, or at that

19  time 15, it was doing what was right.

20      Q.    Okay.  What do you mean, you said this is

21  what I was supposed to do?  Can you elaborate on

22  that?

23      A.    Well, you know, you've seen what happened,

24  you give your statements or whatever, and then later

25  find out, okay, you have to go to court so you have

**Tamika Harris - August 23, 2017**

31

 1    to testify.  Like, as far as from what I gathered
 2    and the way they put it, I was like the star
 3    witness, so I had to be there, I had to go tell what
 4    I saw.
 5         Q.    Okay.  Did you feel any pressure to
 6    testify in a certain way?
 7              MR. HANNAN:  Objection.
 8         A.    Not necessarily.  Like, it was -- it
 9    wasn't like they pressured me to do it, but I knew
10    it was something that just had to be done because
11    the fact I gave statements.
12    BY MR. MURNER:
13         Q.    Okay.  So did you feel that you had to
14    testify the way the statement said?
15         A.    Yes.
16         Q.    Okay.  What would happen if you didn't?
17         A.    I don't know.
18         Q.    Okay.  All right.  So the trial occurs,
19    right?
20         A.    Uh-huh (affirmative response).
21         Q.    And you gave your testimony?
22         A.    Uh-huh (affirmative response).
23         Q.    Did you find out about the verdict or did
24    you just do your trial testimony and kind of move
25    on?

**Tamika Harris - August 23, 2017**

32

1      A.    Eventually, somewhere.  It wasn't like
2   they -- I don't remember them reaching out saying,
3   hey, they were found guilty or anything like that.
4   But I think maybe through the news or the newspaper
5   or something like that I found out what the verdict
6   was.
7      Q.    Okay.  When did you find that out, was it
8   relatively quick?
9      A.    I guess maybe after it was all said and
10   done with.  Because, like, after that had -- me
11   having to testify, like, I didn't have to go back
12   down there anymore.  So that was just, like, it for
13   me.
14      Q.    Okay.  So a few days, maybe a week after?
15      A.    However long --
16      Q.    Would that be fair?
17      A.    -- it took, I'm not for sure.
18      Q.    Okay.  All right.  So at a certain point
19   you started thinking about this case.  Can you
20   describe that for me?
21      A.    Well, at that -- by that time, I was an
22   adult.  I had a child of my mine own and it's
23   just --
24      Q.    Which one, the 20 year old?
25      A.    Yeah.

**Alpha Reporting Corporation**

Tamika Harris - August 23, 2017

33

Q.    Okay.

A.    Just life situations and, you know, I just remember talking to my mom about, like, everything that was going on.  And we talked about that.  And at some point I remember it was a innocent something website, and their story was on there.  And I think, like, testimony and transcripts or something like that was listed or whatever.  And I was reading all of it.

And I was talking to my mom about it all and -- and I was like, I just don't like feel like they were treated right.  I was like, you know, now that I reflect back on everything, and I was just telling her, like, you know, there was only three photographs.  And it was of them, the people that they actually arrested.  And, like, I only identified them based off the clothing.  I'm like, I don't think that, you know, it's possible they couldn't have did it.

And she was, like, well, if you think that they didn't do it and you think that, you know, you were kind of like coerced into whatever it was that, you know, you said, then you need to do something about it.  You need to make it right.

Q.    Okay.  How many years after the trial was

**Tamika Harris - August 23, 2017**

34

1  this that you had this kind of conversation or

2  series of conversations with your mother?

3      A.    Almost 10 years.   Not exactly for sure

4  what the year mark was, but it wasn't quite 10 years

5  but it was close to it.

6      Q.    Would you have been 18, 19 years old, you

7  think?

8      A.    I was -- I was older than 18 or 19.

9      Q.    Okay.

10      A.    Yeah.   I was out of high school, like in

11  college.

12      Q.    Okay.  And you attending college at that

13  point?

14      A.    I don't remember if I was -- I might have

15  been at the community college, because I did a year

16  at Kent State University, so I'm pretty sure it was

17  after I left there and was like at Cuyahoga

18  Community College.

19      Q.    Okay.  And after these conversations with

20  your mom and this -- this reflection, what did you

21  do next?

22      A.    I actually had sent an email to them

23  through that website that I mentioned.  And -- and I

24  just apologized.  And was, like, you know, if

25  there's anything that I can do to make it right, I

Tamika Harris - August 23, 2017

35

1   want to do it.  Because, you know, I felt like they

2   were done wrong and some way, somehow I think the

3   guy who runs that website reached out to me, and

4   then eventually I got in touch with you and

5   Mr. Valentine.

6       Q.   Oh, okay.  You said you sent emails to a

7   website.  Do you remember what you kind of put in

8   those emails?

9       A.   Well, I kind of apologized, and I told

10  them, you know -- I don't remember verbatim.  Like,

11  I'm sorry, you know, for what you guys went through.

12  I know I'm probably, like, the last person you want

13  to hear from.  A lot of years of your life has been

14  taken away.  You know, now that I think about what's

15  been going on and whatnot, you know, I think that

16  you guys were innocent or done wrong or something

17  like that.  I'm -- I don't remember verbatim what I

18  put, but basically I was just apologizing and

19  letting them know that whatever I could do to make

20  it right, you know, I was willing to do.

21      Q.   Okay.  Did you meet with a Mr. Avery about

22  this matter?

23      A.   Oh, yeah.  Yeah.

24      Q.   Okay.

25      A.   Yeah, he was, like --

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

36

1      Q.   Can you describe that meeting for me?

2      A.   He's not a lawyer, he was like a -- like

3  an advocate or something like that.  And he was just

4  basically, I guess you could say he was just trying

5  to find out the truth.  Find out what really

6  happened.  What did I really see.  And did I really

7  see what I said I saw, you know, in the statements

8  from what I testified in court or whatnot.

9        And I just -- I talked to him, and I

10  remember one time he was, like, you know, I have

11  Eugene's mom with me, are you okay with her, you

12  know, being here.  And I was, like, you know, that's

13  fine.  And, you know, she just sat in.  She really

14  didn't say too much of anything.  But, you know, she

15  did introduce herself and tell me who she was.

16  And -- and then he was, like, he was just basically

17  just asking everything about, you know, the trial,

18  what happened, what happened when I seen the

19  shooting, what happened before then, and am I, you

20  know, basically sure that what I seen was right and

21  what I testified to was correct.

22      Q.   Uh-huh.  And how many times did you meet

23  with Mr. Avery?

24      A.   A couple.  Like, I don't know, two, three.

25      Q.   Okay.  And Rosemary Johnson was only at

Tamika Harris - August 23, 2017

37

1    one of these meetings?

2         A.    That I remember.

3         Q.    Yeah.

4         A.    Maybe one, it could have been two, but I

5    really don't remember how many times it was.  I know

6    she wasn't there every time.  I want to say the

7    first time she wasn't, but maybe like the second

8    time she might have been.

9         Q.    Uh-huh.  At what point in this whole kind

10   of, I guess for lack of a better term, reflection

11   process did you realize, you know, that your

12   testimony was incorrect?

13             MS. HEMMONS:  Objection.

14        A.    Well, after I talked to Mr. Avery, you

15   know, I was telling him what was going on, you know,

16   that got the wheels turning, like, everything I

17   seen.  And then, you know, talking to my mom,

18   telling her about what was going on.  Telling her

19   about the website.

20   BY MR. MURNER:

21        Q.    Uh-huh.

22        A.    And, you know, it just started from there.

23        Q.    Okay.  And you did reference earlier an

24   Attorney James Valentine.  Who's Attorney James

25   Valentine?

**Tamika Harris - August 23, 2017**

38

1      A.   At the time, he was like co-counsel for

2   you, I guess.

3      Q.   And -- for me.  And this is -- you met

4   me --

5      A.   Yeah.

6      Q.   -- right?

7      A.   Uh-huh (affirmative response).

8      Q.   Okay.  And did you execute an affidavit?

9      A.   Yeah.  I -- I met with you guys and

10  basically, we just went over testimony again and

11  they asked me what I seen and, you know, typed it

12  down.

13     Q.   Okay.  Do you remember what year we did

14  that affidavit?

15     A.   2004 or '3 or something like that.

16     Q.   We were all so young, weren't we?  Okay.

17  Do you recall what you said in that affidavit?

18     A.   Basically that, you know, they only showed

19  me three pictures.  And I identified them based off

20  what he had on.  I never clearly seen his face.  I

21  didn't see him actually get back into the vehicle.

22  He did go, like I said, in the same direction as the

23  vehicle, they both turned right.  But, you know, I

24  never actually seen him get into the vehicle.  And I

25  think that was about it.

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

39

1    Q.   Okay.  Like I said previously, this is

2  2004, did you review that affidavit, or any other

3  documents prior to your testimony here today?

4    **A.   Well, yeah, I did.  Actually, when the**

5  **investigator, the private investigator found me, he**

6  **left me like a big stack of transcripts.  And then I**

7  **have a big stack of transcripts from, like, when I**

8  **was actually going to court.**

9    Q.   You say the private investigator, this is

10  recently?

11    **A.   Yeah, like, he just found me, like, in**

12  **July.**

13    Q.   Okay.  So he delivered some documents?

14    **A.   Uh-huh (affirmative response).**

15    Q.   Did you read those?

16    **A.   No, I didn't.  And you guys asked me if**

17  **you read -- I read them when I got here.  So we kind**

18  **of like just went over what was, you know, what I**

19  **said and asked me if I remembered anything and if I**

20  **remembered what happened, if I remembered what I**

21  **said in the, you know, at the police station, and in**

22  **the affidavit and whatnot.**

23    Q.   Okay.  So you did review the affidavit

24  prior to today?

25           (DISCUSSION OF RECORD.)

**Alpha Reporting Corporation**

40

```
 1   BY MR. MURNER:
 2       Q.   So beyond the affidavit we mentioned, what
 3   other documents did you review this morning?
 4       A.   The one from 2004 with you guys.
 5       Q.   What do you mean?
 6       A.   With Brett Murner and Mr. Valentine.
 7       Q.   Okay.
 8       A.   The affidavit.  Yeah.
 9       Q.   Okay.
10       A.   And then the one from the police
11   station --
12       Q.   Okay.
13       A.   -- that I had to sign.
14       Q.   A written statement from the police
15   station?
16       A.   Well, it was typed.
17       Q.   Or typed?
18       A.   Yeah.  What else?  Like a transcript from
19   court, from the actual court.  And the email from
20   the -- that I had sent.
21       Q.   Okay.
22            MR. MURNER:  All right.  We can take a
23   break.  Can we mark that?
24            (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT
25   WAS MARKED AS EXHIBIT NO. 1 TO THE TESTIMONY OF THE
```

**Tamika Harris - August 23, 2017**

41

```
1    WITNESS AND IS ATTACHED HERETO.)
2         MR. MURNER:  Do we need copies?  Sorry
3    guys.
4         (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT
5    WAS PASSED TO THE WITNESS.)
6    BY MR. MURNER:
7         Q.   Tamika, I'm showing you Plaintiff's
8    Exhibit 1.  Is that the affidavit you referenced?
9         A.   From you guys, yeah.
10        Q.   Okay.  So you reviewed that this morning?
11        A.   Yes.
12        Q.   Right?  And I executed that in 2003 or
13   2004; I'm not sure what the date is on it?
14        A.   2004.
15        Q.   And upon reviewing that affidavit, is that
16   -- are you still in agreement with all -- all facets
17   of that affidavit?
18        A.   I am.
19        Q.   Okay.  All right.  So you also talked
20   about Rosemary Johnson and you had a meeting with
21   her at some point.
22        A.   Yeah.
23        Q.   Did you ever feel pressured by Ms. Johnson
24   to do anything in this case?
25        A.   Not necessarily.  I mean, she was like any
```

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

42

```
 1  mother who would want justice for her son.  You
 2  know, she was kind of, you know, first kind of like
 3  just played the background, like, you know, she just
 4  listened to whatever me and Mr. Avery talked about.
 5  And that was pretty much it.  She was just, like,
 6  you know, once I came forward I -- I seen her again
 7  and she was, like, thank you, you know, you know,
 8  for, you know, everything that you're doing.  I
 9  appreciate everything.  And that's about it.
10      Q.   Did she ever threaten you?
11      A.   No.  No, she was a sweet person.
12      Q.   Okay.  Has anybody ever threatened you --
13      A.   No.
14      Q.   -- about this case?
15      A.   No.
16      Q.   Has anybody ever offered you money to
17  change your testimony?
18      A.   No.
19      Q.   Ms. Johnson has never approached you in
20  such a manner; is that correct?
21      A.   No, not at all.
22      Q.   Has anybody ever, that was involved with
23  this case, put any pressure on you to come forward
24  as you will?
25      A.   No.
```

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

43

1    Q.    Okay.  You're doing this, of course, on

2  your own free will?

3    A.    Yes.

4    Q.    So as a result of this affidavit, what

5  happened next?

6    A.    Trial began.  Many days of going to court,

7  downtown, Toledo, like -- yeah.

8    Q.    Okay.  And you testified in numerous court

9  appear- -- hearings?

10    A.    Uh-huh (affirmative response).

11    Q.    Basically that you couldn't identify the

12  shooter?

13    A.    Yeah.

14    Q.    Okay.  And this was in 2004?

15    A.    And years going on from there, I believe.

16  It might have been something after 2004 or after the

17  Toledo was after 2004.

18    Q.    Uh-huh.

19    A.    Like way after Toledo, of going to court,

20  that is, in Toledo was after 2004.

21    Q.    2008 sound about right?

22    A.    It could have been, yeah.

23    Q.    And what year is it now?

24    A.    2017.

25    Q.    Okay.  Okay.  So why haven't you let this

**Tamika Harris - August 23, 2017**

44

```
1   go?
2        A.    Why haven't I let it go?
3        Q.    Yeah.
4        A.    Well, technically, I have let it go.  I
5   mean, not like -- I -- I figured I did all that I
6   could do.  I mean --
7        Q.    Right.
8        A.    -- I went to court, I went to whatever
9   trials I was subpoenaed to go to.  I went, and then
10  I thought it was over with.  I -- I -- you know, I
11  never knew, I thought they were still locked up
12  until the private investigator showed up and he was,
13  like, no, they're out and you were subpoenaed again,
14  you have to go.
15       Q.    Okay.
16       A.    So.
17       Q.    All right.  So you thought your testimony
18  before didn't change anything?
19       A.    Yeah.  Yeah.
20       Q.    Were you frustrated by that?
21       A.    Kind of, because it was, like, I told, you
22  know, my truth what I -- what I -- what I know to be
23  my truth, what I seen, and I, you know, stuck to my
24  guns about, you know, what I -- what I saw, you
25  know.  What I reflected on and what I knew to be
```

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

45

 1  correct in my eyes and, you know, the justice system

 2  failed.  That's what I thought.

 3        MR. MURNER:  Okay.  Can we take a break.

 4        VIDEOGRAPHER:  Off the record, time is

 5  11:30.

 6        (A BRIEF BREAK WAS TAKEN FROM 11:30 A.M.

 7  UNTIL 11:34 A.M.)

 8        VIDEOGRAPHER:  Back on record, time is

 9  11:34.

10  BY MR. MURNER:

11      Q.   Tamika, earlier when we were talking this

12  morning, you indicated that this person you saw that

13  did the shooting didn't get back in the car, right?

14      A.   Not that I saw.

15      Q.   Right.  And he crossed the street going in

16  the opposite direction?

17      A.   Not -- what do you mean?  He went in the

18  same direction.  Like, the car came out and turned

19  right, and then he ran out and turned right.

20      Q.   Okay.  And this was before the shooting,

21  right?

22      A.   The car turned right, like after the first

23  set of shots.  Like, one shot, pause, then several

24  more, and then during that pause, that's when that

25  truck was coming and it turned so fast that it

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

46

1   actually swerved from hitting a car that was

2   actually coming up the road.

3       Q.   Right.  But I -- maybe I wasn't -- didn't

4   phrase it right.  But before the shooting, the

5   shooter you saw, did he walk across the street?

6       A.   When he was coming from behind the vehicle

7   --

8       Q.   Yes.

9       A.   -- is that what you're saying?  Like, I --

10  like I said, I didn't see him get out of the

11  vehicle.  I just seen, like, the vehicle and then

12  he's coming from behind the vehicle, like --

13      Q.   Okay.

14      A.   -- like, this way and the vehicle's facing

15  that way and he was just, like, walking from behind

16  the vehicle.  So I don't know if he got out the

17  vehicle or if he was just crossing the street or if

18  it was a cut, I don't know.

19      Q.   Okay.  And this is what you told the

20  police?

21      A.   Yeah.

22      Q.   Okay.

23          MR. MURNER:  No further direct questions

24  right now.

25          MR. HANNAN:  Could we go off the record

**Tamika Harris - August 23, 2017**

47

```
 1   for just one second?
 2          MR. MURNER:  Sure.
 3          VIDEOGRAPHER:  Off the record, 11:36.
 4          (A BRIEF BREAK WAS TAKEN FROM 11:36 A.M.
 5   UNTIL 11:37 A.M.)
 6          VIDEOGRAPHER:  Back on the record, time is
 7   11:37.
 8                    EXAMINATION
 9   BY MR. HANNAN:
10      Q.   Ms. Harris, my name is Charles Hannan and
11   I represent the prosecuting defendants in this case.
12   If I could, I would like to try to go back to your
13   original testimony in this deposition today.  And
14   you indicated that you were walking from your
15   friend's house to your house --
16      A.   Uh-huh (affirmative response).
17      Q.   -- correct?  Would -- would you -- as best
18   you can recall, tell me what streets would you have
19   taken to go from your friend's house to your uncle's
20   house?
21      A.   Well, it -- I know I was on Strathmore.  I
22   can't remember where I came from before then,
23   because it was, like, I don't remember the street
24   names, I'm sorry, like, I mean, I lived there all my
25   life, but I don't remember.  But I was on Strathmore
```

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

48

1   and I was going up Strathmore to hit Euclid.  And

2   once I hit Euclid, I was going to turn left on

3   Euclid to go down Taylor.

4        Q.   All right.  So you were walking towards

5   Euclid --

6        A.   Yes.

7        Q.   -- or that was --

8        A.   Yes.

9        Q.   -- your intended direction?

10        A.   Uh-huh (affirmative response.)

11        Q.   And when you say this incident in 1995,

12   where was the Blazer that you saw?

13        A.   It was --

14        Q.   When you first saw it?

15        A.   When I first saw it, it was on Strathmore.

16   Like, I heard the gunshot, I wasn't really paying

17   attention, because, like I said, I was -- I was

18   talking.

19        Q.   Well, was the Blazer heading towards

20   Euclid or away --

21        A.   Oh, away from Euclid.

22        Q.   So it was driving towards you?

23        A.   Yes.  Yes.

24        Q.   And the victim that you saw, was -- what

25   side of the street was the victim on?

Tamika Harris - August 23, 2017

1      A.   He was on the side where the blue house

2  was, which is the right side of the street, which is

3  the same side of the street that I ended up on,

4  which is opposite of the post office.

5      Q.   Okay.  And where were -- you were on

6  Strathmore --

7      A.   Uh-huh (affirmative response).

8      Q.   -- at the time of the shooting?

9      A.   Uh-huh (affirmative response).

10     Q.   Were you -- is it correct that Manhattan

11  is an intersection --

12     A.   Uh-huh (affirmative response).

13     Q.   -- street there?  Had you already passed

14  the intersection of Manhattan?

15     A.   I was in the process of crossing

16  Manhattan.

17     Q.   All right.  And so your testimony was that

18  at the time of the initial shots, the Blazer was --

19  well, let me put it this way.

20        Did the shooting occur while the Blazer

21  was closer to Euclid than closer to Manhattan?

22     A.   No, it was closer to Manhattan.  Because

23  the first shot, when I looked, that's when the guy

24  was get -- coming out from behind the Blazer.  After

25  the first shot I seen him coming out from behind the

**Tamika Harris - August 23, 2017**

50

1   Blazer.  So I don't know if the first shot took

2   place from, like, the sidewalk or what, I don't

3   know.  But then the Blazer came, like, speeding and

4   turned right.  And as he was speeding, that's when

5   the other shots were fired as he was speeding and

6   getting ready to turn onto Manhattan.

7       Q.   Turned right onto Manhattan?

8       A.   Uh-huh (affirmative response).

9       Q.   And then, did you see where the Blazer

10  went after it turned on Manhattan?

11      A.   It went towards Shaw.

12      Q.   Now, you indicated that you met with the

13  prosecutor, Mr. Horn?

14      A.   Uh-huh (affirmative response).

15      Q.   Did you only meet with him one time?

16      A.   That I can remember.  I definitely

17  remember meeting him, you know, before trial

18  started.  I can't really remember meeting him before

19  then.  I could have, but I honestly don't remember.

20      Q.   Okay.  Do you recall what that meeting was

21  like?

22      A.   It was a, just a brief kind of meeting

23  where he was, like, so you're just going to go in

24  there, you're going to take the stand and this is

25  going to happen, and they're going to say this and,

Tamika Harris - August 23, 2017

51

1  you know, we're going to do this.  And that was just

2  pretty much it.

3      Q.   Did he review the police statement with

4  you?

5      A.   I don't remember.  It's possible he

6  probably did, but I don't remember.

7      Q.   Okay.  How did you feel about your

8  interactions with Mr. Horn?

9      A.   I mean, I guess I was okay with it.

10     Q.   Okay.  Now you had indicated that after

11  the -- several years after the incident you started

12  having to reflect upon this?

13     A.   Uh-huh (affirmative response).

14     Q.   Is that right?  Is that when you met with

15  Mr. Avery?

16     A.   I met him before, like, you know, I

17  started early, like, thinking about the whole thing

18  that was going on.  I do remember him coming around

19  beforehand.  Like I said, he was, like, an advocate,

20  so I guess he was just trying to, like, do whatever

21  to help get them out and get their story told or

22  whatnot.

23     Q.   Okay.  And did you meet with Mr. Johnson's

24  mother, was that --

25     A.   Uh-huh (affirmative response).

Alpha Reporting Corporation

**Tamika Harris - August 23, 2017**

52

1       Q.    How many times did you meet with her?

2       A.    Like I said, I met with Mr. Avery three,

3    could have been more than that, but three times that

4    I know of.  The first time it was just Mr. Avery by

5    his self.  And then I do remember her being there

6    maybe like a second time, because he asked me if I

7    was okay with her being there.

8       Q.    About how many times have you talked to

9    Ms. Johnson about this?

10      A.    Once, maybe twice.

11            (BRIEF PHONE INTERRUPTION.)

12    BY MR. HANNAN:

13      Q.    Okay.  Have you ever talked to members of

14    Mr. Glover's family about this?

15      A.    No.

16      Q.    Or Mr. Glover for that matter?

17      A.    No.

18      Q.    Have you ever talked to Mr. Wheatt about

19    this?

20      A.    No.

21      Q.    Have you ever talked to members of his

22    family about this?

23      A.    No.

24      Q.    You contacted the Innocent Inmates

25    Organization?

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

53

1     A.    I think that's what -- what it was.

2     Q.    What it was called?

3     A.    I remember innocent something.  Yes.

4     Q.    And was that in 2002?

5     A.    Or '1, something like that, yeah.

6     Q.    Did you ever speak with a Rod Key?

7     A.    He was like the director or something like

8     that, or the -- that was his thing, yeah.  Because

9     he -- he contacted me after I did the email.

10     Q.    Okay.  How many times did you talk to him?

11     A.    I don't know.  I'm not for sure.

12     Q.    Okay.  Did you ever have any

13     communications with the Hudson family?

14     A.    I did.

15     Q.    Okay.  What kind of communications did you

16     have with them?

17     A.    I spoke with the -- with the mother, and I

18     actually went out and visited with the mother and

19     the sister of the -- of the victim.

20     Q.    Did you know him?

21     A.    No.

22     Q.    Now, in -- let's see, let me hand you what

23     I have had marked as Harris Exhibit 2, which has

24     previously been marked in an earlier deposition.

25          (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT

**54**

1  WAS MARKED AS EXHIBIT NO. 2 TO THE TESTIMONY OF THE

2  WITNESS AND IS ATTACHED HERETO.)

3          (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT

4  WAS PASSED TO THE WITNESS.)

5  BY MR. HANNAN:

6      Q.   I'm going to hand that to you and ask you

7  to take a look at that, and tell me, first of all,

8  if you recognize that?

9      **A.   Uh-huh (affirmative response).**

10     Q.   Do you recognize that?

11     **A.   Uh-huh (affirmative response).**

12     Q.   What is that?

13     **A.   An affidavit that I did.**

14     Q.   And was that affidavit executed in about

15  January of 2004?

16     **A.   That's what it says, yes.**

17     Q.   All right.  If I could direct -- now, do

18  you recall the circumstances in which that affidavit

19  was executed?

20     **A.   I want to say it was, like, after meeting**

21  **or talking and sending emails and talking with**

22  **the -- Mr. Murner and Mr. Valentine, initially**

23  **meeting with them and them just going over --**

24     Q.   So did they help prepare this affidavit

25  for you to sign?

55

1    A.    Well, they asked me questions and they
2    typed it up, yeah.
3    Q.    Okay.  All right.  And if I could direct
4    your attention to Paragraph 3 of the affidavit.
5    A.    Uh-huh (affirmative response).
6    Q.    Could you read that paragraph, please, out
7    loud?
8    A.    There was a dri- -- there was a Blazer
9    driving by at the time.  I could see two occupants
10   in the front seat.  I could not see whether or not
11   anyone was in the back seat.  The Blazer drove up
12   Strathmore and turned left on Manhattan.
13   Q.    Go ahead.
14   A.    The shooter ran up Strathmore and turned
15   left on Manhattan.  I did not see him get in the
16   Blazer.
17   Q.    Okay.  And did you read that complete
18   paragraph?
19   A.    Yeah, it's a complete paragraph.
20   Q.    Okay.  I'm looking in that, is it accurate
21   there to say that the Blazer drove down Strathmore
22   and turned left on Manhattan?
23   A.    It should have been right.
24   Q.    Okay.
25   A.    It was a -- something that wasn't caught.

**Tamika Harris - August 23, 2017**

56

1    Q.   All right.  So that's just a mistake?

2    **A.   Yeah.**

3    Q.   And then, in the next sentence where it

4    says the shooter ran down Strathmore and turned,

5    that indicates he turned left on Manhattan?

6    **A.   It should have been right.**

7    Q.   Okay.

8    **A.   Yeah, it was something that wasn't caught.**

9    Q.   So that's just --

10   **A.   Yeah, both of the lefts should have been**

11   **right instead of left.**

12   Q.   Okay.

13   **A.   Uh-huh (affirmative response).**

14   Q.   But then in what has been marked as

15   Exhibit 1 today, now that affidavit was executed, is

16   that in November of 2004?

17   **A.   Yes.**

18   Q.   Okay.  Were you relatively familiar with

19   this neighborhood, basically?

20   **A.   A little bit.  Not like an expert, because**

21   **I didn't grow up in East Cleveland, but, you know.**

22   Q.   How frequently did you visit your friend

23   there?

24   **A.   My uncle stayed in East Cleveland and I'd**

25   **visit him quite often.**

57

1    Q.   Do you recall, was there much gang

2 activity going on at that time?

3         MS. WANG:  Objection, relevance 403.

4    **A.   Keep going?**

5 BY MR. HANNAN:

6    Q.   Yeah.

7    **A.   Okay.  It was a rough area.  Like, it was**

8 **just, like, it was East Cleveland, but, you know,**

9 **unfortunately you get used to some of the stuff that**

10 **go on in the area.  So, I mean, it was just, like,**

11 **it was what it was.**

12   Q.   After the trial in this case, have you

13 ever had any further dealings with Prosecutor Horn?

14   **A.   No, I don't think so.**

15   Q.   Have you ever had any interactions with

16 Assistant Prosecutor Carmen Marino?

17   **A.   It don't sound familiar to me, so I don't**

18 **think so.**

19   Q.   Have you ever had any dealings with

20 Assistant Prosecutor Deborah Naiman?

21   **A.   I don't know.**

22   Q.   Have you ever received any financial

23 support for anyone who was on behalf of the

24 plaintiffs in this case?

25   **A.   No.**

**Tamika Harris - August 23, 2017**

58

```
 1     Q.    Okay.
 2           MR. HANNAN:  Off the record, please.
 3           VIDEOGRAPHER:  Off the record, time is
 4   11:49.
 5           (A BRIEF BREAK WAS TAKEN FROM 11:49 A.M.
 6   UNTIL 11:51 A.M.)
 7           VIDEOGRAPHER:  Back on the record, 11:31
 8   -- 51.
 9           MR. HANNAN:  No further questions at this
10   time.
11           MS. WANG:  Can we take a quick bathroom
12   break?
13           VIDEOGRAPHER:  Off the record, 11:51.
14           (A BRIEF BREAK WAS TAKEN FROM 11:51 A.M.
15   UNTIL 11:56 A.M.)
16           VIDEOGRAPHER:  Back on record, 11:56.
17                     EXAMINATION
18   BY MS. HEMMONS:
19     Q.    Hello, Ms. Harris, how are you?
20   Mrs. Harris.
21     A.    Hello.
22     Q.    I'm Willa Hemmons and I represent
23   Sergeants Bradford and Sergeant Dunn, as well as
24   Detective Lane, Teel, Miklovich, Perry and
25   Johnstone, as well as the City of East Cleveland in
```

**Tamika Harris - August 23, 2017**

59

1    this matter.  And that's H-E-M-M-O-N-S.

2           And I just have a couple of questions.

3    But prior to that, I -- I want to say that I'm proud

4    of the way that you have built your life and have

5    five sons and married and have a very responsible

6    position.  So --

7        A.   Thank you.

8        Q.   I think that that's a credit to you and

9    your mom and -- despite all the obstacles that you

10   faced growing up in which you just called,

11   admittedly, a rough neighborhood.  So I'm proud of

12   you.

13       A.   Thank you.

14       Q.   And I know teachers -- I'm a retired

15   teacher as well, so I know the teachers that I knew

16   at Patrick Henry -- I won't start naming them -- are

17   proud of you as well.  You seem to be a very

18   empathetic person.

19       A.   (Witness nods head affirmatively.)

20       Q.   A very caring and concerned person.  And

21   one thing I noticed, you're from the greater

22   Cleveland area?

23       A.   Uh-huh (affirmative response).

24       Q.   And you've only been here six years?

25       A.   Yeah.

Tamika Harris - August 23, 2017

60

1    Q.   And you have a heavy southern accent, so
2  you acclimate quickly.
3    **A.   I guess so.  I don't -- I don't hear it.**
4  **A lot of people say they -- they hear a northern**
5  **accent.  But Mr. Murner was just saying earlier,**
6  **you've been down -- you sound like you're from down**
7  **here.**
8    Q.   Yeah.  Yeah, I have relatives from the
9  south, so you acclimate and emphasize with the, I
10  guess the situation very readily.
11        Okay.  Now, I'm showing you what is -- has
12  been labeled Harris deposition Exhibit 3.
13        (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT
14  WAS MARKED AS EXHIBIT NO. 3 TO THE TESTIMONY OF THE
15  WITNESS AND IS ATTACHED HERETO.)
16        MS. HEMMONS:  And we don't have copies for
17  everybody --
18        MR. MURNER:  That's fine.
19        MS. HEMMONS:  -- but we can make copies
20  later on.
21        MR. MURNER:  Do you want me to hand it to
22  her?
23        MS. HEMMONS:  Yes.
24        (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT
25  WAS PASSED TO THE WITNESS.)

**Alpha Reporting Corporation**

61

1  BY MS. HEMMONS:

2     Q.   Could you look at that document, Harris

3  deposition No. 3, Exhibit 3?

4     **A.   Uh-huh (affirmative response).**

5     Q.   And tell me, what is that?

6     **A.   One of the emails that was sent.  I sent**

7  **like several, because I -- it -- it didn't show that**

8  **it went through.  So I typed it again and did it**

9  **again.**

10    Q.   Okay.  Could you read what that depo- --

11 that email says?

12    **A.   I know that you remember -- I know that --**

13    Q.   Who's that to, first of all?

14    **A.   Eugene Johnson.**

15    Q.   Okay.  And that was from your email to --

16 and what was his email at the time?

17    **A.   E.johnson@innocentinmates.org.**

18    Q.   Okay.  Would you read what you wrote?

19    **A.   I know that you remember me.  I also know**

20 **that I'm probably the last person in the world that**

21 **you would want to hear from.  But the truth of the**

22 **matter is that I talked to your mother a couple of**

23 **days before Thanksgiving and she pretty much**

24 **explained everything to me.  And if it was true that**

25 **you did not commit such crimes, then let me**

62

1    apologize in advance for any wrongdoing and hurt

2    that might have had come to your family through this

3    great ordeal.

4         But still the fact is, I only told what I

5    knew, anything else was done by the police.  I went

6    to the website innocentinmates.org and I read the

7    facts and I read the arguments.  I read everything.

8    And the way I see, if you really didn't commit the

9    crime, then I would like to do all that I can to

10   help your cause.  I don't have much to say.  I know

11   that apologizing won't do much and you probably

12   don't want to accept my apology.  I know that

13   apologizing won't bring back the eight years of your

14   life that were lost or the many birthdays that

15   Laurese didn't get to spend with his daughter, but

16   I'm truly sorry.  I don't have much more to say

17   other than take care.

18        Q.   Okay.  Now, you say in that email that you

19   want to do anything that you can to help?

20        A.   Uh-huh (affirmative response).

21        Q.   And is that what you're doing now?

22        A.   Yes.

23        Q.   Okay.  And how long after you spoke with

24   Ms. Johnson did you go to the Innocent Project

25   website?

63

1      A.    It says I talked to her a few days before

2  Thanksgiving, and then the email date on this is

3  December 2nd, so.

4      Q.    Oh, okay.

5      A.    Maybe did it within a week or so.

6      Q.    Okay.  So you went to the website after

7  you spoke with Ms. Rosemary Johnson?

8      A.    That's what it says, uh-huh (affirmative

9  response.)

10     Q.    And Ms. Rosemary Johnson is who to Eugene

11 Johnson?

12     A.    His mother.

13     Q.    That's his mother?

14     A.    Uh-huh (affirmative response).

15     Q.    Did anything about the conversation that

16 you had with Rosemary Johnson lead you to go to the

17 Innocent website?

18     A.    I remember her, I think -- she just talked

19 about what was going on.  And I want to say I

20 remember her saying something about somebody -- well

21 not Mr. Avery, but, like, it was a story about them.

22 But for the life of me, I couldn't really remember

23 how I got to Innocentinmates.org, but it could have

24 been through Ms. Johnson.

25     Q.    Okay.

64

1    A.    But, you know, it was so long ago that I

2  honestly didn't remember.

3    Q.    Okay.  And what is the date on the email?

4    A.    December 2nd, 2002.

5    Q.    2002?

6    A.    Uh-huh (affirmative response).

7    Q.    And -- well, I want to ask you this

8  question because this is obvious from Harris

9  deposition Exhibit No. 4.

10          (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT

11  WAS MARKED AS EXHIBIT NO. 4 TO THE TESTIMONY OF THE

12  WITNESS AND IS ATTACHED HERETO.)

13  BY MS. HEMMONS:

14    Q.    Which I'm handing to you now.  And what is

15  that?

16          (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT

17  WAS PASSED TO THE WITNESS.)

18    A.    This was the first one, looks like, that I

19  sent that I didn't know that went through, so --

20  BY MS. HEMMONS:

21    Q.    Oh, okay.

22    A.    -- I resent it, yeah.

23    Q.    Is it a mirror of the second one or is it

24  different?

25    A.    It's basically the -- the same thing.

65

1    Unfortunately, when I sent the first one, there was

2    no way for me to save what I typed.

3        Q.    Okay.

4        A.    So or if there was, I didn't know how to

5    do it then, so I kind of just redid it again, trying

6    to remember what I said, you know, the first time,

7    the second time.

8        Q.    Okay.  Now, you want to read that, which

9    is --

10       A.    My name is --

11       Q.    -- Harris -- Harris deposition Exhibit 4?

12       A.    My name is Tamika, and I was the State

13   star witness.  Let them tell it.  The reason I am

14   writing you is because I talked to your mother

15   Rosemary and she told me basically about everything

16   and about Innocentinmates.org.  But I went through

17   and read everything, every fact, every case

18   argument, I read everything.

19            And like I asked your mother, what is it

20   that I can do.  I mean, all I said was that I did

21   not see his face clearly, and the reason I

22   identified you was because your clothing fit the

23   description.  If I was wrong, I apologize.

24            I know that my apologizing won't bring

25   back the eight years of your life that you have

**Tamika Harris - August 23, 2017**

66

```
 1   missed or the many birthdays that Laurese missed for
 2   his daughter.  I'm sorry, but I was 14 then and now
 3   22 -- and 22 now.  What more could I do for you.
 4   You know I wished I didn't see nothing that day,
 5   period.  I have too much shit going on in my life
 6   right now, entirely too much stuff.  And to just put
 7   this case right on top of the pile, the way your
 8   mother put it -- put it, your -- your life is --
 9   your life is in my hands again for the second time,
10   and this time even if it is too late, I want to do
11   what is right.
12        Q.   Okay.  So at the time when you were 14,
13   you testified you wanted to do what is right, and --
14        A.   Uh-huh (affirmative response).
15        Q.   -- then again at 21, 22 --
16        A.   Two.
17        Q.   -- you wanted to do what was right?
18             MS. WANG:  Objection, mischaracterizes the
19   witness's testimony.
20   BY MS. HEMMONS:
21        Q.   Okay.  Why did you send that email?
22        A.   Well, like I said, I talked to his mother
23   and, you know, she was basically telling me what was
24   going on.  And -- and then, like I said, I learned
25   about that -- that website.  And I went on that
```

67

1  website and then I read everything.  Because this

2  is, like, really, after I went on that website that

3  was, like, really the first time in forever that I

4  read over everything that was said, all the

5  testimony and stuff like that.  And I read over all

6  that again.  And then, not to mention at 22 I had my

7  second child, and I had just lost his dad.  So

8  unfortunately --

9      Q.   What do you mean you lost his dad?

10     A.   His father was killed.  Somebody actually

11 shot him and killed him dead.

12     Q.   Oh, so in your empathy you were

13 emphasizing with his mother as well as Mr. Johnson?

14          MS. WANG:  Objection, mischaracterizes the

15 witness's testimony.

16 BY MS. HEMMONS:

17     Q.   So did that make you feel -- losing his

18 dad make you feel differently about this case?

19     A.   Not necess- -- well, differently, yeah, in

20 the fact that, like, I'm like, okay, like, you know,

21 people are losing their lives.  Like, I lost my

22 son's father, Laurese's daughter, in a sense, lost

23 her father, you know.  And if I could make it right,

24 you know, based off of what I know and what I --

25 what I've testified to, then I want to make it

68

1  right.

2    Q.   Okay.  And again, I appreciate your

3  wanting to do the right thing.  On another track,

4  you say that the only reason in your affidavit,

5  which is labeled Harris deposition, was it 1 or 2?

6    **A.   I don't know which one you're talking --**

7  **November or January?**

8    Q.   Okay.  I guess --

9    **A.   November is --**

10   Q.   In November?

11   **A.   -- 1.**

12   Q.   Okay.  And you say the only reason that

13  you identified him was because of the fact that he

14  had the same clothing as the shooter, correct?

15   **A.   Uh-huh (affirmative response).**

16   Q.   In your mind, and there have been a lot of

17  questions in your mind, but in your mind, do you

18  think it was quite a coincidence that the next day

19  he had on the exact same clothes --

20   **A.   I did.**

21   Q.   -- as the shooter?

22   **A.   I did.**

23   Q.   As the shooter?  so you think that was

24  coincidental?

25   **A.   I didn't -- coincidental or ironic or,**

69

1  **like, however you want to put it.  But it was just,**

2  **like, strange, I guess you could say, like, wow, he**

3  **has on the exact same thing that I described and**

4  **here he is, so.**

5      Q.    Okay.  I don't have anymore questions.

6  Thank you.

7      **A.    Uh-huh (affirmative response).**

8          MS. WANG:  Could we go off the record for

9  a second, or for a minute or two.

10         VIDEOGRAPHER:  Off the record, time is

11  12:06.

12         (A BRIEF BREAK WAS TAKEN FROM 12:06 P.M.

13  UNTIL 12:11 P.M.)

14         VIDEOGRAPHER:  Back on record, the time is

15  12:11.

16                 FURTHER EXAMINATION

17  BY MR. MURNER:

18      Q.    Just a few follow-ups, Tamika.  When

19  Ms. Hemmons was doing her cross-examination of you,

20  you indicated you wanted to do what is right in this

21  case, correct?

22      **A.    Uh-huh (affirmative response).**

23      Q.    Do you believe what -- your view of what

24  doing the right thing was is different now than it

25  was when you were 14?

**Tamika Harris - August 23, 2017**

70

1       A.    Yeah.

2       Q.    Okay.  When you were 14, what did you

3   think doing what was right meant?

4       A.    I thought that, you know, seeing somebody

5   get shot and seeing who it was, you know, not, per

6   se, like, necessarily seeing their face, but, you

7   know, being able to provide a description of what

8   they had on and what -- what vehicle I seen in the

9   area at that time.  And basically, you know, just

10  doing what the police asked me to do.

11          And then going forward, you know, thinking

12  about all the steps that the police took and

13  everything that, you know, I was presented with, it

14  just -- it wasn't right.  It wasn't the right thing.

15  The right thing would be coming forward and telling

16  them, hey, I only seen this, and they only presented

17  me with this and this is what they did with me.

18      Q.    So would you agree with me, somebody's

19  definition or belief on what is the right thing to

20  do can change with age?

21      A.    It can.

22      Q.    Okay.  Also on cross-examination, we

23  talked more about this coat, I guess.  Did you ever

24  see the coat you identified on Mr. Johnson?

25      A.    What do you mean?  In the picture --

**Alpha Reporting Corporation**

71

1       Q.    Did they ever show you the coat?

2       **A.    I can't remember.  I'm not a hundred**

3    **percent for sure.**

4       Q.    Right.

5       **A.    I know he -- he had a coat on in his**

6    **picture.**

7       Q.    Uh-huh.

8       **A.    But I'm not a hundred percent sure if I --**

9       Q.    Okay.

10      **A.    -- seen it in person.**

11      Q.    Okay.  And was it -- could you with a

12   hundred percent certainty say that was the exact

13   same coat as the one you saw?

14      **A.    No.**

15            MS. HEMMONS:  Objection.

16   BY MR. MURNER:

17      Q.    It could be a similar coat, correct?

18      **A.    Correct.**

19      Q.    And as we discussed before, it was winter

20   in Cleveland?

21      **A.    Uh-huh (affirmative response).**

22      Q.    And the color of this coat, what was it?

23      **A.    Maroon.**

24      Q.    Maroon.  Okay.  Or could it have been

25   another dark color?

72

1      A.     It could have been.

2      Q.     Okay.

3      A.     But it wasn't -- it wasn't black, like,

4  you know, it had some kind of color to it.

5      Q.     A darker color?

6      A.     Yes.

7      Q.     Okay.  And it was a winter type jacket one

8  would wear in the outside, it was a warm jacket,

9  right?

10      A.     Uh-huh (affirmative response).

11      Q.     And you testified earlier that was

12  certainly the style of young men in the area?

13      A.     Yes.

14      Q.     Okay.  And you also testified before, of

15  course, that in Cleveland maybe layering is a good

16  idea in the winter?

17      A.     Yes.

18      Q.     So it would be very common to see people

19  with black sweatshirts or some sort of layering

20  material on underneath their coats?

21      A.     Yes.

22      Q.     Okay.

23             MR. MURNER:  Nothing further.

24             MS. HEMMONS:  Nothing based on that.

25  Nothing based on that.

Tamika Harris - August 23, 2017

73

1          MR. MURNER:  Charles?

2          MR. HANNAN:  No, nothing.

3          MS. HEMMONS:  Are we done?

4          VIDEOGRAPHER:  Off the record, time is

5     12:15.

6          (DEPOSITION CONCLUDED AT 12:15 P.M.)

7            (AND FURTHER DEPONENT SAITH NOT.)

8                 (SIGNATURE WAIVED.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                C E R T I F I C A T E

**Tamika Harris - August 23, 2017**

74

```
1   STATE OF TENNESSEE      )
                            )
2   COUNTY OF SHELBY        )

3

4          I, SHERI ALLEN, LCR #492, Licensed Court
    Reporter, in and for the State of Tennessee, do
5   hereby certify that the above deposition was
    reported by me, and the transcript is a TRUE and
6   accurate record to the best of my knowledge, skills,
    and ability.

7          I further certify that I am not related to
    nor an employee of counsel or any of the parties to
8   the action, nor am I in any way financially
    interested in the outcome of this case.

9
           I further certify that I am duly licensed by
10  the Tennessee Board of Court Reporting as a Licensed
    Court Reporter as evidenced by the LCR number and
11  expiration date following my name below.

12         I further certify that this transcript is
    the work product of this court reporting agency and
13  any unauthorized reproduction and/or transfer of it
    will be in violation of Tennessee Code Annotated
14  39-14-104, Theft of Services.

15

16         _____
           Sheri Allen, LCR #492
17         Expiration Date 6-30-2018
           ALPHA REPORTING CORPORATION
18         236 Adams Avenue
           Memphis, Tennessee 38103
19

20

21

22

23

24

25
```

**Alpha Reporting Corporation**

## Tamika Harris - August 23, 2017

### Exhibits

**EXHIBIT 1**

**EXHIBIT 2**

**EXHIBIT 3**

**EXHIBIT 4**

---

### 1

**1** 40:25 41:8 53:5 56:15 68:5,11

**10** 34:3,4

**10:49** 5:2

**11** 7:6

**11:30** 45:5,6

**11:31** 58:7

**11:34** 45:7,9

**11:36** 47:3,4

**11:37** 47:5,7

**11:49** 58:4,5

**11:51** 58:6,13,14

**11:56** 58:15,16

**12:06** 69:11,12

**12:11** 69:13,15

**12:15** 73:5,6

**14** 7:24 8:7,8 12:18,24 18:24 66:2,12 69:25 70:2

**14-year-old** 28:20 30:18

**15** 30:19

**16** 7:6

**18** 34:6,8

**19** 34:6,8

**1995** 12:11 48:11

---

### 2

**2** 53:23 54:1 68:5

---

**20** 7:4,22 32:24

**200** 12:4

**2000** 12:10

**2002** 53:4 64:4,5

**2003** 41:12

**2004** 38:15 39:2 40:4 41:13,14 43:14,16,17, 20 54:15 56:16

**2008** 43:21

**2017** 5:1 43:24

**21** 66:15

**22** 7:22 66:3,15 67:6

**23rd** 5:1

**2nd** 63:3 64:4

---

### 3

**3** 38:15 55:4 60:12,14 61:3

---

### 4

**4** 64:9,11 65:11

**403** 57:3

**48** 22:14

**4X4** 15:9

---

### 5

**51** 58:8

---

### 8

**818** 6:6

---

### 9

**9** 7:6

**9th** 13:8

---

### A

**A.M.** 45:6,7 47:4,5 58:5,6,14,15

**ABOVE-MENTIONED** 40:24 41:4 53:25 54:3 60:13,24 64:10,16

**accent** 60:1,5

**accept** 62:12

**acclimate** 60:2,9

**accurate** 55:20

**activity** 57:2

**actual** 11:1 21:24 40:19

**address** 6:5

**admittedly** 59:11

**adult** 19:21 24:19 32:22

**adults** 26:7

**advance** 62:1

**advocate** 36:3 51:19

**affidavit** 38:8,14,17 39:2,22,23 40:2,8 41:8, 15,17 43:4 54:13,14, 18,24 55:4 56:15 68:4

**affirmative** 9:1 10:11 14:5 19:2 21:1 25:4 27:22,25 31:20,22 38:7 39:14 43:10 47:16 48:10 49:7,9,12 50:8, 14 51:13,25 54:9,11 55:5 56:13 59:23 61:4 62:20 63:8,14 64:6 66:14 68:15 69:7,22 71:21 72:10

**affirmatively** 59:19

**African-american** 23:24

**age** 70:20

**ages** 7:3

**agree** 70:18

**agreement** 41:16

---

**ahead** 55:13

**Alpha** 5:3

**Andre** 7:6

**Anthony** 7:4 8:22,23

**anymore** 32:12 69:5

**apologize** 62:1 65:23

**apologized** 34:24 35:9

**apologizing** 35:18 62:11,13 65:24

**apology** 62:12

**apparently** 30:15

**appear-** 43:9

**approached** 9:14,19 42:19

**approaching** 9:9

**approximately** 5:2 12:1

**area** 6:17 16:6 22:4 57:7,10 59:22 70:9 72:12

**argument** 65:18

**arguments** 62:7

**Arkansas** 6:7,8,12,19 7:15

**array** 21:6 22:9 24:10

**arrested** 27:16 33:16

**arrived** 10:7 18:2,4

**assistance** 18:21

**Assistant** 57:16,20

**assuming** 29:20

**ATTACHED** 41:1 54:2 60:15 64:12

**attending** 34:12

**attention** 21:15 48:17 55:4

**attorney** 5:9 25:14 37:24

**August** 5:1

**Avenue** 10:15

---

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

**Avery** 35:21 36:23 37:14 42:4 51:15 52:2, 4 63:21

---

**B**

**back** 7:21 12:20 13:21 17:12 18:10,25 20:5,11 22:7 32:11 33:13 38:21 45:8,13 47:6,12 55:11 58:7,16 62:13 65:25 69:14

**background** 42:3

**based** 20:22 27:13 33:17 38:19 67:24 72:24,25

**basically** 22:13 25:21 30:8,10 35:18 36:4,16, 20 38:10,18 43:11 56:19 64:25 65:15 66:23 70:9

**basis** 26:17,19

**bathroom** 58:11

**began** 43:6

**behalf** 5:10,12,14,17 57:23

**belief** 70:19

**big** 15:10 29:16 39:6,7

**birthdays** 62:14 66:1

**bit** 13:1 22:7 28:18 56:20

**black** 22:24 72:3,19

**Blazer** 9:11 15:9 48:12, 19 49:18,20,24 50:1,3, 9 55:8,11,16,21

**blue** 49:1

**bodies** 17:23

**body** 18:6

**boxy** 15:10

**boys** 6:25

**Bradford** 58:23

**break** 40:23 45:3,6 47:4 58:5,12,14 69:12

**Brett** 5:10 40:6

**bridge** 6:9,10,11 7:15 9:17 10:23,25 11:1 12:4 16:21,25 17:9

**bring** 62:13 65:24

**brings** 6:19

**Bronco** 9:11 15:9

**bubble** 13:17,20

**built** 59:4

**bulkier** 23:16

**bulky** 23:7

---

**C**

**call** 10:5 18:18 19:20

**called** 29:23 53:2 59:10

**car** 18:10 19:1 45:13, 18,22 46:1

**care** 62:17

**caring** 59:20

**Carmen** 5:15 57:16

**case** 5:4 21:25 26:13 28:3 29:25 32:19 41:24 42:14,23 47:11 57:12, 24 65:17 66:7 67:18 69:21

**caught** 55:25 56:8

**center** 29:4

**certainty** 71:12

**chair** 29:18

**change** 42:17 44:18 70:20

**charged** 21:25

**Charles** 5:14 47:10 73:1

**child** 32:22 67:7

**Christmas** 8:5

**circle** 6:6 22:16

**circumstances** 54:18

**City** 5:4,18 58:25

**clear** 17:2

**Cleveland** 5:5,18 6:15, 17 8:1 10:16 14:8,13 56:21,24 57:8 58:25 59:22 71:20 72:15

**close** 34:5

**closer** 49:21,22

**closet** 29:14,15

**clothes** 68:19

**clothing** 21:2 23:3 33:17 65:22 68:14

**co-counsel** 38:1

**coat** 13:18,20,22 70:23,24 71:1,5,13,17, 22

**coats** 72:20

**coerced** 33:22

**coincidence** 68:18

**coincidental** 68:24,25

**college** 34:11,12,15,18

**color** 13:25 14:1 15:8 22:24,25 71:22,25 72:4,5

**commit** 61:25 62:8

**common** 11:21 14:6 72:18

**communications** 53:13,15

**community** 34:15,18

**complete** 55:17,19

**complexions** 23:17

**concerned** 59:20

**CONCLUDED** 73:6

**confident** 27:11

**contact** 28:6,9

**contacted** 25:13 52:24 53:9

**conversation** 26:14 30:4 34:1 63:15

**conversations** 34:2, 19

**copies** 41:2 60:16,19

**corner** 12:2 17:1

**Corporation** 5:3

**correct** 8:9 14:21 25:3 36:21 42:20 45:1 47:17 49:10 68:14 69:21 71:17,18

**counsel** 5:7 28:8,12

**County** 5:16 28:5

**couple** 9:15 10:13 17:13 20:9 27:20 36:24 59:2 61:22

**court** 5:20 8:1 30:16, 17,25 36:8 39:8 40:19 43:6,8,19 44:8

**courtroom** 29:22

**credit** 59:8

**crime** 22:13 62:9

**crimes** 61:25

**cross** 16:24 17:7

**cross-examination** 69:19 70:22

**crossed** 45:15

**crossing** 16:11 46:17 49:15

**curfew** 11:8

**current** 6:4

**custody** 8:18 25:20, 21,23

**cut** 46:18

**Cuyahoga** 5:15 28:5 34:17

---

**D**

**dad** 67:7,9,18

**Dalontae's** 7:6

**dark** 13:14 14:2 15:7 23:20 71:25

**Tamika Harris - August 23, 2017**

**darker** 24:4 72:5

**date** 28:2 41:13 63:2 64:3

**daughter** 62:15 66:2 67:22

**day** 9:5 12:15 19:25 20:1,5,7,8 29:24 30:3,4 66:4 68:18

**days** 12:16 27:21 32:14 43:6 61:23 63:1

**dead** 67:11

**dealings** 57:13,19

**Deborah** 5:15 57:20

**December** 63:3 64:4

**defendant** 30:8

**defendants** 5:15 21:24 47:11

**defense** 28:8,12

**definition** 70:19

**delivered** 39:13

**department** 19:1

**depending** 29:14

**depo-** 61:10

**deponent** 5:5 73:7

**deposition** 47:13 53:24 60:12 61:3 64:9 65:11 68:5 73:6

**Derrick** 5:12

**describe** 9:4 10:19 13:11 15:5 21:21 32:20 36:1

**description** 18:14 65:23 70:7

**detective** 24:12 58:24

**detectives** 20:9 25:18 26:11 27:9

**differently** 67:18,19

**differing** 24:7

**direct** 46:23 54:17 55:3

**direction** 15:1 38:22 45:16,18 48:9

**director** 53:7

**discussed** 71:19

**DISCUSSION** 39:25

**document** 40:24 41:4 53:25 54:3 60:13,24 61:2 64:10,16

**documents** 39:3,13 40:3

**door** 29:10

**doubles** 14:8

**downtown** 43:7

**dri-** 55:8

**driver** 17:18

**drivers** 7:19

**driving** 9:12 48:22 55:9

**drove** 55:11,21

**duly** 5:23

**Dunn** 58:23

**Durrell** 7:7

---

**E**

**E.johnson@ innocentinmates. org.** 61:17

**earlier** 9:6 37:23 45:11 53:24 60:5 72:11

**early** 9:9 51:17

**East** 5:5,18 8:1 10:15 56:21,24 57:8 58:25

**elaborate** 30:21

**Elizabeth** 5:11

**email** 34:22 40:19 53:9 61:11,15,16 62:18 63:2 64:3 66:21

**emails** 35:6,8 54:21 61:6

**empathetic** 59:18

**empathy** 67:12

**emphasize** 60:9

**emphasizing** 67:13

**end** 11:11

**ended** 49:3

**enforcement** 5:18

**entitled** 5:4

**et al** 5:5

**Euclid** 48:1,2,3,5,20,21 49:21

**Eugene** 5:10 21:15 25:2,5 30:8 61:14 63:10

**Eugene's** 36:11

**evening** 9:6,10

**events** 9:4

**eventually** 18:11 29:23 32:1 35:4

**evidence** 26:12,13 27:10

**exact** 68:19 69:3 71:12

**EXAMINATION** 5:25 47:8 58:17 69:16

**examined** 5:23

**excuse** 12:4

**execute** 38:8

**executed** 41:12 54:14, 19 56:15

**Exhibit** 40:25 41:8 53:23 54:1 56:15 60:12,14 61:3 64:9,11 65:11

**expect** 28:23

**experience** 22:11

**expert** 56:20

**explain** 23:19

**explained** 61:24

**eyes** 45:1

---

**F**

**face** 13:15 17:17,20,25 21:3 38:20 65:21 70:6

**faced** 59:10

**faces** 23:9

**facets** 41:16

**facing** 46:14

**fact** 31:11 62:4 65:17 67:20 68:13

**facts** 62:7

**failed** 45:2

**fair** 32:16

**fairly** 11:21

**familiar** 56:18 57:17

**family** 52:14,22 53:13 62:2

**fast** 45:25

**father** 67:10,22,23

**February** 8:6

**feel** 26:24 27:11 31:5, 13 33:11 41:23 51:7 67:17,18

**feet** 12:5

**felt** 35:1

**Figer** 13:20

**figured** 25:14 44:5

**financial** 57:22

**find** 30:25 31:23 32:7 36:5

**fine** 36:13 60:18

**fired** 9:15 50:5

**fit** 65:22

**fled** 14:21

**follow-ups** 69:18

**forever** 19:9 67:3

**forget** 22:1

**forward** 42:6,23 70:11,

---

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

15

**found** 27:10 32:3,5 39:5,11

**free** 43:2

**freeway** 10:24

**frequently** 56:22

**friend** 9:7 11:5 56:22

**friend's** 47:15,19

**front** 9:23,25 21:22 22:2,3 55:10

**frustrated** 44:20

**fuel** 7:17,19

---

**G**

**G-U-N-N** 9:3

**gang** 57:1

**gate** 11:1

**gathered** 31:1

**gave** 30:14 31:11,21

**girl** 12:18

**give** 30:24

**glasses** 12:6,8,10,20, 22,25

**Glover** 5:4,13 52:16

**Glover's** 52:14

**good** 6:2 72:15

**grade** 13:8

**great** 7:22 62:3

**greater** 59:21

**ground** 9:20

**grow** 56:21

**growing** 59:10

**guardian** 19:21

**guess** 25:5,13 28:17 29:5,19 32:9 36:4 37:10 38:2 51:9,20 60:3,10 68:8 69:2 70:23

**guessing** 12:5

**guilty** 32:3

**gun** 17:11 26:15,16,18

**Gunn** 8:24,25

**guns** 44:24

**gunshot** 9:10 16:4,8,9, 12 27:10,14 48:16

**gunshots** 11:15,17,20, 21 16:2,14

**guy** 7:25 9:12,19,22,24 12:2 16:10,15 17:12 20:23 35:3 49:23

**guy's** 22:16

**guys** 20:21 21:23 23:7 25:20,22 27:16 35:11, 16 38:9 39:16 40:4 41:3,9

---

**H**

**H-E-M-M-O-N-S** 59:1

**halfway** 9:8

**hand** 21:14,17,18 53:22 54:6 60:21

**handful** 7:8,9

**handing** 64:14

**hands** 66:9

**hanging** 9:6

**Hannan** 5:14 31:7 46:25 47:9,10 52:12 54:5 57:5 58:2,9 73:2

**happen** 31:16 50:25

**happened** 18:3,9 19:3, 5 20:3 25:8 30:23 36:6, 18,19 39:20 43:5

**happening** 7:23

**Harris** 5:6,17,22 6:6 47:10 53:23 58:19,20 60:12 61:2 64:8 65:11 68:5

**head** 59:19

**heading** 48:19

**hear** 15:24 35:13 60:3, 4 61:21

**heard** 9:10 11:7,15,17, 20 16:5 17:6 26:19,21 48:16

**hearings** 43:9

**heavy** 60:1

**Hemmons** 5:17 21:10 27:5 37:13 58:18,22 60:16,19,23 61:1 64:13,20 66:20 67:16 69:19 71:15 72:24 73:3

**Henry** 8:12,13 59:16

**HERETO** 41:1 54:2 60:15 64:12

**hey** 9:24 10:5 18:7 32:3 70:16

**high** 34:10

**Hilfiger** 13:17

**hired** 28:11

**hit** 7:20 16:25 48:1,2

**hitting** 46:1

**holding** 22:3,4

**home** 9:8 11:12 19:6

**honestly** 50:19 64:2

**hoodie** 13:17 14:4,9,11

**Horn** 30:2,3 50:13 51:8 57:13

**hour** 19:10

**hours** 19:10

**house** 9:23,25 10:9,10 12:3 20:10 47:15,19,20 49:1

**houses** 11:3

**Hudson** 53:13

**hundred** 13:9 71:2,8, 12

**hurt** 62:1

**husband** 6:21

---

**I**

**ID** 26:3

**idea** 72:16

**identification** 25:2 26:22 27:12

**identified** 25:10 26:6 33:17 38:19 65:22 68:13 70:24

**identify** 5:7 43:11

**identifying** 21:2

**Immediately** 25:16

**incident** 28:18 48:11 51:11

**incorrect** 37:12

**Indian's** 23:5

**initial** 22:17 28:1 49:18

**initially** 54:22

**Inmates** 52:24

**innocent** 33:5 35:16 52:24 53:3 62:24 63:17

**innocentinmates.org** 62:6 63:23

**Innocentinmates. org.** 65:16

**inside** 22:5

**intended** 48:9

**interaction** 27:20

**interactions** 51:8 57:15

**interest** 7:23

**INTERRUPTION** 52:11

**intersection** 10:19 49:11,14

**interviews** 28:1

**introduce** 36:15

**investigator** 39:5,9 44:12

---

**Tamika Harris - August 23, 2017**

**investigators** 28:5,11

**involved** 42:22

**ironic** 68:25

**island** 7:17

---

**J**

**jacket** 14:9 23:5,7 72:7,8

**jail** 25:10

**James** 37:24

**January** 54:15 68:7

**Johnson** 5:10 25:2,6, 17 36:25 41:20,23 42:19 52:9 61:14 62:24 63:7,10,11,16,24 67:13 70:24

**Johnson's** 51:23

**Johnstone** 58:25

**July** 39:12

**justice** 29:4 42:1 45:1

**Justin** 7:6

---

**K**

**Kent** 34:16

**Key** 53:6

**kids** 6:24

**killed** 7:25 67:10,11

**kind** 8:4 9:8,16,20,25 10:19 11:10 13:22 15:10 16:17,21,22,24 17:3,7,12 18:8 20:12, 14 21:14,17,18 22:2 23:7,14,16,20 26:25 28:1 31:24 33:22 34:1 35:7,9 37:9 39:17 42:2 44:21 50:22 53:15 65:5 72:4

**knew** 31:9 44:11,25 59:15 62:5

---

**L**

**labeled** 60:12 68:5

**lack** 37:10

**laid** 20:17

**Lane** 58:24

**late** 66:10

**Laurese** 5:12 62:15 66:1

**Laurese's** 67:22

**law** 5:18

**lawyer** 36:2

**layering** 14:11 72:15, 19

**laying** 9:19

**lead** 63:16

**learn** 28:2

**learned** 21:24 66:24

**leaving** 9:7

**left** 11:1 34:17 39:6 48:2 55:12,15,22 56:5, 11

**lefts** 56:10

**letting** 35:19

**life** 6:18 27:2 28:20,21 33:2 35:13 47:25 59:4 62:14 63:22 65:25 66:5,8,9

**light** 23:21

**lingered** 21:14

**listed** 33:8

**listened** 42:4

**literally** 12:3

**live** 6:14,16 8:14 10:12

**lived** 6:11 47:24

**lives** 67:21

**lobby** 29:8,21

**located** 7:13

---

**location** 5:2

**locked** 44:11

**locker** 22:3

**long** 6:11,16 15:8 19:6, 7,11 32:15 62:23 64:1

**longer** 28:18

**looked** 9:10,22 10:1 13:16 15:17 17:6,9 22:3,4 23:3,15 49:23

**losing** 67:17,21

**lost** 62:14 67:7,9,21,22

**lot** 12:22,23 14:10 27:3, 20 35:13 60:4 68:16

**loud** 55:7

---

**M**

**made** 11:13 16:21 18:18 25:1

**make** 17:22 19:23 26:24 27:10 33:24 34:25 35:19 60:19 67:17,18,23,25

**man** 10:4 11:24

**manage** 7:18

**manager** 7:12

**Manhattan** 49:10,14, 16,21,22 50:6,7,10 55:12,15,22 56:5

**manner** 42:20

**Marino** 5:15 57:16

**Marion** 6:6,8

**mark** 34:4 40:23

**marked** 40:25 53:23, 24 54:1 56:14 60:14 64:11

**maroon** 14:2 71:23,24

**maroonish** 14:1

**married** 59:5

**mascot** 23:5

**material** 72:20

---

**matter** 35:22 52:16 59:1 61:22

**meant** 70:3

**meet** 35:21 36:22 50:15 51:23 52:1

**meeting** 29:24 36:1 41:20 50:17,18,20,22 54:20,23

**meetings** 37:1

**members** 52:13,21

**Memphis** 5:3 6:19

**men** 72:12

**mention** 67:6

**mentioned** 34:23 40:2

**met** 38:3,9 50:12 51:14, 16 52:2

**mid** 8:4

**Miklovich** 58:24

**mind** 30:18 68:16,17

**mine** 32:22

**minute** 69:9

**mirror** 64:23

**mischaracterizes** 66:18 67:14

**missed** 66:1

**mistake** 56:1

**mom** 8:18 19:12 24:21 33:3,10 34:20 36:11 37:17 59:9

**mom's** 20:10

**money** 42:16

**months** 28:17

**morning** 6:2,3 40:3 41:10 45:12

**mother** 34:2 42:1 51:24 53:17,18 61:22 63:12,13 65:14,19 66:8,22 67:13

**move** 31:24

**Murner** 5:9,10 6:1 21:20 27:8 31:12 37:20

---

**Tamika Harris - August 23, 2017**

40:1,6,22 41:2,6 45:3,
10 46:23 47:2 54:22
60:5,18,21 69:17 71:16
72:23 73:1

**N**

**Naiman** 5:15 57:20
**names** 7:3 47:24
**naming** 59:16
**Nautica** 13:17,19
**necess-** 67:19
**necessarily** 31:8
41:25 70:6
**neighborhood** 11:16
56:19 59:11
**news** 32:4
**newspaper** 32:4
**nods** 59:19
**northern** 60:4
**noticed** 59:21
**November** 56:16 68:7,
9,10
**numerous** 43:8

**O**

**Objection** 21:10 27:5
31:7 37:13 57:3 66:18
67:14 71:15
**observing** 7:23
**obstacles** 59:9
**obstructions** 17:4
**obvious** 64:8
**occupants** 55:9
**occur** 49:20
**occurs** 31:18
**offered** 42:16
**office** 10:2,3,19 11:2
29:17 49:4
**officer** 18:13

**officers** 5:19 19:20
**Ohio** 6:17
**older** 34:8
**opposite** 45:16 49:4
**ordeal** 62:3
**Organization** 52:25
**original** 47:13

**P**

**P.M.** 69:12,13 73:6
**paragraph** 55:4,6,18,
19
**parents** 19:21
**passed** 41:5 49:13
54:4 60:25 64:17
**passenger** 17:18
**past** 16:7
**Patrick** 8:12,13 59:16
**pause** 16:9 45:23,24
**pay** 21:15
**paying** 48:16
**peek** 17:1
**peeked** 16:10,19,20
**people** 7:18 14:10
17:16,18,23,24 20:25
23:1,11,24 33:15 60:4
67:21 72:18
**percent** 13:9 71:3,8,12
**period** 28:16 66:5
**Perry** 58:24
**person** 13:10 14:3,16,
20 35:12 42:11 45:12
59:18,20 61:20 71:10
**personal** 22:11
**PHONE** 52:11
**photo** 21:6,8 22:9
24:10 26:3
**photographs** 33:15

**photos** 20:16 21:21
22:9,21,22 23:1,23
24:11
**phrase** 46:4
**picked** 20:24 25:2,16
**picture** 22:15,17 24:18
27:17 70:25 71:6
**pictures** 20:13,15
21:7,12,13,14 22:1,16
26:6 38:19
**pile** 66:7
**place** 50:2
**Plaintiff** 5:10,12
**Plaintiff's** 41:7
**plaintiffs** 57:24
**played** 42:3
**point** 8:15 13:2,4 18:6
27:1 32:18 33:5 34:13
37:9 41:21
**pointed** 17:11 25:17
**pointing** 21:18
**Polaroids** 22:22,23
**police** 10:6,7 18:2,10,
11 19:1,20 20:12 22:6
28:2,6 30:11 39:21
40:10,14 46:20 51:3
62:5 70:10,12
**position** 59:6
**post** 10:2,3,18 11:2
49:4
**powder** 26:15,16,18
**prepare** 54:24
**prepared** 29:2
**present** 26:8
**presented** 70:13,16
**pressure** 31:5 42:23
**pressured** 31:9 41:23
**pretty** 14:18 19:16
24:21 34:16 42:5 51:2
61:23
**previously** 39:1 53:24

**prior** 39:3,24 59:3
**private** 28:11 39:5,9
44:12
**procedures** 22:18
**process** 37:11 49:15
**Project** 62:24
**prosecuting** 25:13
47:11
**prosecutor** 29:5,25
50:13 57:13,16,20
**proud** 59:3,11,17
**provide** 70:7
**puffy** 13:22,23
**pulling** 10:3
**put** 18:10 31:2 35:7,18
42:23 49:19 66:6,8
69:1

**Q**

**question** 64:8
**questions** 19:4 46:23
55:1 58:9 59:2 68:17
69:5
**quick** 32:8 58:11
**quickly** 60:2
**quiz** 7:5

**R**

**railroad** 10:24
**ran** 10:3,5 17:9 45:19
55:14 56:4
**reached** 30:16 35:3
**reaching** 32:2
**read** 39:15,17 55:6,17
61:10,18 62:6,7 65:8,
17,18 67:1,4,5
**readily** 60:10
**reading** 33:8
**ready** 16:24 17:7 50:6

**Tamika Harris - August 23, 2017**

**realize** 37:11

**reason** 65:13,21 68:4, 12

**recall** 7:22 13:2 15:6 18:13 23:9 24:9 26:2,9, 10,14 30:1 38:17 47:18 50:20 54:18 57:1

**received** 57:22

**recently** 39:10

**recognize** 20:18 54:8, 10

**record** 5:8,9 6:5 39:25 45:4,8 46:25 47:3,6 58:2,3,7,13,16 69:8,10, 14 73:4

**redid** 65:5

**refer** 24:1

**reference** 37:23

**referenced** 41:8

**referred** 24:4

**reflect** 33:13 51:12

**reflected** 44:25

**reflecting** 27:2

**reflection** 34:20 37:10

**regular** 22:22

**relatives** 60:8

**relevance** 57:3

**remember** 8:2 10:4,22 12:12,15 15:8 19:16, 22,25 20:10 24:14,16 25:19,23 28:7 29:3,19 32:2 33:3,5 34:14 35:7, 10,17 36:10 37:2,5 38:13 47:22,23,25 50:16,17,18,19 51:5,6, 18 52:5 53:3 61:12,19 63:18,20,22 64:2 65:6 71:2

**remembered** 39:19,20

**reporter** 5:20

**Reporting** 5:3

**represent** 47:11 58:22

**resent** 64:22

**residue** 26:16,18 27:10,15

**response** 9:1 10:11 14:5 19:2 21:1 25:4 27:22,25 31:20,22 38:7 39:14 43:10 47:16 48:10 49:7,9,12 50:8, 14 51:13,25 54:9,11 55:5 56:13 59:23 61:4 62:20 63:9,14 64:6 66:14 68:15 69:7,22 71:21 72:10

**responsible** 59:5

**result** 43:4

**retired** 59:14

**review** 26:8 39:2,23 40:3 51:3

**reviewed** 41:10

**reviewing** 41:15

**riding** 25:25

**road** 7:20 46:2

**Rod** 53:6

**rode** 16:7

**room** 24:10,23 29:4,6, 9,13,17

**Rosemary** 36:25 41:20 63:7,10,16 65:15

**rough** 57:7 59:11

**rounded** 16:22

**running** 9:16 17:14

**runs** 35:3

---

**S**

---

**safe** 11:14

**SAITH** 73:7

**sat** 21:19 36:13

**save** 65:2

**scary** 14:18

**scene** 10:7 14:21 18:19

**school** 8:11 34:10

**seat** 55:10,11

**send** 66:21

**sending** 54:21

**sense** 67:22

**sentence** 56:3

**Sergeant** 58:23

**Sergeants** 58:23

**series** 34:2

**set** 29:11 45:23

**shade** 23:22 24:1

**shapes** 23:14

**share** 26:11

**Shaw** 10:14 50:11

**shift** 7:18

**shit** 66:5

**shooter** 13:12 17:25 30:9 43:12 46:5 55:14 56:4 68:14,21,23

**shooting** 11:13 13:11 14:20 20:19 27:21 36:19 45:13,20 46:4 49:8,20

**shortly** 10:7

**shot** 9:24 10:6 11:7,19 12:3 17:6 45:23 49:23, 25 50:1 67:11 70:5

**shots** 9:15,16 17:13 45:23 49:18 50:5

**show** 22:14,15 61:7 71:1

**showed** 20:13,15 21:13 38:18 44:12

**showing** 24:17 27:16 41:7 60:11

**shown** 24:11

**sic** 13:20

**side** 48:25 49:1,2,3

**sidewalk** 9:13 10:1 50:2

**sign** 19:23 20:1 40:13 54:25

**SIGNATURE** 73:8

**similar** 23:2,3,11 71:17

**sister** 53:19

**sit** 27:7

**situation** 60:10

**situations** 33:2

**size** 29:14

**sizes** 23:14

**skin** 13:14

**skinny** 23:15

**slowly** 9:18

**small** 7:17 29:13,16,17

**somebody's** 9:24 70:18

**someone's** 10:6

**son** 42:1

**son's** 67:22

**sons** 59:5

**Sorrell** 6:6

**sort** 14:24 72:19

**sound** 16:4 43:21 57:17 60:6

**sounds** 15:24

**south** 60:9

**southern** 60:1

**speak** 53:6

**speeding** 50:3,4,5

**spell** 9:2

**spend** 62:15

**spending** 8:19

**spoke** 53:17 62:23 63:7

**spring** 8:6

**stack** 39:6,7

**stand** 50:24

**Tamika Harris - August 23, 2017**

**star** 31:2 65:13

**start** 59:16

**started** 32:19 37:22 50:18 51:11,17

**starting** 7:9

**state** 6:4 34:16 65:12

**statement** 20:2 26:24 30:14 31:14 40:14 51:3

**statements** 19:24 26:3 30:24 31:11 36:7

**station** 18:12 20:12 22:6 30:11 39:21 40:11,15

**stayed** 10:13 56:24

**staying** 8:15,20

**step** 30:17

**steps** 70:12

**stop** 7:12,13 10:21

**story** 33:6 51:21 63:21

**strange** 69:2

**Strathmore** 9:9 10:14, 15 47:21,25 48:1,15 49:6 55:12,14,21 56:4

**street** 10:2 16:11,15, 23,25 17:8 45:15 46:5, 17 47:23 48:25 49:2,3, 13

**streets** 10:14 47:18

**stuck** 18:19 44:23

**stuff** 27:3 57:9 66:6 67:5

**style** 13:21,24 14:6 72:12

**stylish** 12:20

**subpoenaed** 44:9,13

**substandard** 14:9

**summer** 8:3

**support** 57:23

**supposed** 19:17 30:13,21

**SUV** 17:15

**swear** 5:21

**sweatshirts** 72:19

**sweet** 42:11

**swerved** 46:1

**sworn** 5:23

**system** 45:1

---

**T**

**table** 20:17 29:17

**talk** 53:10

**talked** 18:14 29:18 33:4 36:9 37:14 41:19 42:4 52:8,13,18,21 61:22 63:1,18 65:14 66:22 70:23

**talking** 28:16 29:4 33:3,10 37:17 45:11 48:18 54:21 68:6

**tall** 13:14 23:15

**Tamika** 5:6,22 6:6,12 41:7 45:11 65:12 69:18

**Taylor** 10:13 48:3

**teacher** 59:15

**teachers** 59:14,15

**technically** 44:4

**Teel** 58:24

**teenage** 13:3

**telling** 33:14 37:15,18 66:23 70:15

**Tennessee** 5:3

**term** 37:10

**testified** 5:24 27:23 30:4 36:8,21 43:8 66:13 67:25 72:11,14

**testify** 30:6 31:1,6,14 32:11

**testimony** 27:20 31:21,24 33:7 37:12 38:10 39:3 40:25 42:17 44:17 47:13 49:17 54:1

60:14 64:11 66:19 67:5,15

**Thanksgiving** 61:23 63:2

**thing** 18:5 51:17 53:8 59:21 64:25 68:3 69:3, 24 70:14,15,19

**things** 26:8

**thinking** 21:16 27:3 28:19 32:19 51:17 70:11

**thought** 8:13 30:13,15 44:10,11,17 45:2 70:4

**threaten** 42:10

**threatened** 42:12

**time** 5:2 8:2,7,15,19 11:15,17,18,20 13:5 16:16 18:16 19:19,24 28:16 30:19 32:21 36:10 37:6,7,8 38:1 45:4,8 47:6 49:8,18 50:15 52:4,6 55:9 57:2 58:3,10 61:16 65:6,7 66:9,10,12 67:3 69:10, 14 70:9 73:4

**times** 36:22 37:5 52:1, 3,8 53:10

**today** 5:1,5 12:6 39:3, 24 47:13 56:15

**told** 20:2 26:1 27:9 29:20 35:9 44:21 46:19 51:21 62:4 65:15

**Toledo** 43:7,17,19,20

**Tommy** 13:17,19

**top** 66:7

**touch** 35:4

**track** 68:3

**tracks** 10:24

**transcript** 40:18

**transcripts** 33:7 39:6, 7

**travel** 15:1

**treated** 33:12

**trial** 25:15 27:24 28:2, 19 29:1,2 30:7 31:18, 24 33:25 36:17 43:6 50:17 57:12

**trials** 44:9

**trouble** 11:13

**truck** 7:12,13 15:12 45:25

**true** 61:24

**truth** 36:5 44:22,23 61:21

**turn** 11:8 48:2 50:6

**turned** 9:17,18 11:6,7 14:25 38:23 45:18,19, 22,25 50:4,7,10 55:12, 14,22 56:4,5

**turning** 16:17 37:16

**Turrell** 6:23,24

**TV** 22:14

**type** 9:11 13:17 15:9 22:21 72:7

**typed** 38:11 40:16,17 55:2 61:8 65:2

---

**U**

**ugly** 12:20

**uh-huh** 9:1 10:11 14:5 15:11 19:2 20:20 21:1 24:24 25:4 26:2 27:22, 25 31:20,22 36:22 37:9,21 38:7 39:14 43:10,18 47:16 48:10 49:7,9,12 50:8,14 51:13,25 54:9,11 55:5 56:13 59:23 61:4 62:20 63:8,14 64:6 66:14 68:15 69:7,22 71:7,21 72:10

**uncle** 8:16,19 10:12 19:12 20:10 56:24

**uncle's** 8:21 10:9,10 47:19

**underneath** 14:4 72:20

---

**Alpha Reporting Corporation**

**Tamika Harris - August 23, 2017**

understand  9:21

University  34:16

unusual  21:5

___

**V**

Valentine  35:5 37:24, 25 40:6 54:22

vehicle  9:11 14:23 15:1,2,3,5,10,14,18,20, 22,25 16:5,7,16 25:24, 25 30:9 38:21,23,24 46:6,11,12,16,17 70:8

vehicle's  46:14

verbatim  26:19 35:10, 17

verdict  31:23 32:5

versus  5:4

victim  9:14 14:16 48:24,25 53:19

view  17:2 69:23

vision  12:24

visit  56:22,25

visited  53:18

___

**W**

W-A-N-G  5:11

wait  11:11

waited  29:21

WAIVED  73:8

walk  7:21 11:10 46:5

walk-in  29:14

walked  9:8 18:8

walking  10:8 16:23 17:10,11 46:15 47:14 48:4

Wang  5:11 21:11 27:6 57:3 58:11 66:18 67:14 69:8

wanted  66:13,17 69:20

wanting  68:3

warm  72:8

watching  11:23 22:13

wear  12:8,16,22 72:8

wearing  12:10 14:10

website  33:6 34:23 35:3,7 37:19 62:6,25 63:6,17 66:25 67:1,2

week  32:14 63:5

whatnot  26:6 27:7 35:15 36:8 39:22 51:22

Wheatt  5:4,12 52:18

wheels  37:16

white  22:24

Willa  5:17 58:22

winter  8:3,4 13:22 14:7 71:19 72:7,16

wished  66:4

witness's  66:19 67:15

witnessed  7:25

witnesses  18:7

woman  10:4

work  7:11

worker  10:3,5

world  61:20

wow  7:8 69:2

writing  65:14

written  19:24 26:3 40:14

wrong  35:2,16 65:23

wrongdoing  62:1

wrote  61:18

___

**Y**

year  8:2,5 12:18 25:12 32:24 34:4,15 38:13 43:23

years  6:13 7:22,24 13:3 33:25 34:3,4,6

35:13 43:15 51:11 59:24 62:13 65:25

young  38:16 72:12