MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| Date: | 2/14/18 |
| Judge: | James S. Gwin |
| Case No.: | 1:17CV00377 |
| Court Reporter: | None |

DERRICK WHEATT, ET AL,  )
       )
    Plaintiffs,  )
       )
vs.  )
       )
CITY OF EAST CLEVELAND,  )
ET AL,  )
       )
    Defendants.  )

MATTERS CONSIDERED: Status conference held.

TOTAL TIME: 45 min.

*s/ Melanie Dresch*
Courtroom Deputy Clerk