Nos. 17-4232/4262

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| DERRICK WHEATT; LAURESE GLOVER; EUGENE JOHNSON, | ) ) ) | **FILED** Mar 07, 2018 DEBORAH S. HUNT, Clerk |
| Plaintiffs-Appellees, | ) ) |  |
| v. | ) ) | O R D E R |
| CARMEN MARINO; DEBORAH NAIMAN, | ) ) |  |
| Defendants-Appellants (17-4262), | ) ) |  |
| CITY OF EAST CLEVELAND; MICHAEL C. PERRY; VINCENT K. JOHNSTONE; D. J. MIKLOVICH; PATRICIA LANE; CHARLES TEEL; TERRENCE DUNN, | ) ) ) ) ) |  |
| Defendants-Appellants (17-4232), | ) ) |  |
| JOHN C. BRADFORD; CUYAHOGA COUNTY, | ) ) |  |
| Defendants. | ) |  |

The appellants and appellees in 17-4262 jointly move to sever that appeal from 17-4232 and to stay 17-4262. The court being advised notes that according to the district court's docket, the parties have not filed a Federal Rule of Civil Procedure 62.1 motion in the district court and there is therefore nothing in the record to support the request.

The motion is DENIED.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk