IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **DERRICK WHEATT,** *et al.,* | ) | NO.: 1:17-CV-0377 |
| | ) | NO.: 1:17-CV-611 (Consolidated) |
| **Plaintiffs,** | ) | |
| | ) | **Judge James S. Gwin** |
| v. | ) | |
| | ) | **Magistrate Judge** |
| **CITY OF EAST CLEVELAND,** *et al.*, | ) | **William H. Baughman, Jr.** |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' STATUS REPORT

Defendants, the City of East Cleveland, John C. Bradford, Terrence Dunn, Vincent K. Johnstone, Patricia Lane, D. J. Miklovich, Michael C. Perry and Charles Teel, by and through their undersigned counsel, hereby submit their Status Report, in compliance with the Court's Order dated June 15, 2018:

1. The interlocutory appeals of Defendants Camen Marinio, Deborah Naiman, John C. Bradford, Terrence Dunn, Vincent K. Johnstone, Patricia Lane, D. J. Miklovich, Michael C. Perry, Charles Teel are currently pending. The appeals have been fully briefed, and the appeals were originally scheduled for oral argument on March 15, 2018. Before that date, the panel cancelled oral argument and submitted the case for decision on the briefs.

2. Apparently, Derrick Wheatt, Laurese Glover and Eugene Johnson and Defendants Carmen Marino and Deborah Naiman (County Defendants") have reached a complete settlement agreement.

3. The City of East Cleveland Defendants are not part of any settlement agreement.

                Respectfully submitted,

*/s/ Willa M. Hemmons*
Willa M. Hemmons (0041790)
Director of Law
City of East Cleveland
14340 Euclid Avenue
East Cleveland, Ohio 44112

COUNSEL FOR
City of East Cleveland, John C. Bradford, Terrence Dunn, Vincent K. Johnstone, Patricia Lane, D. J. Miklovich, Michael C. Perry and Charles Teel

## CERTIFICATE OF SERVICE

A copy of the East Cleveland *Defendants' Status Report* was electronically filed with the Court on this 22nd day of June, 2018; and that by operation of this Court's electronic notification system a copy thereof is made available to all registered parties.

        Respectfully submitted,

        */s/ Willa M. Hemmons*
        Willa M. Hemmons (0041790)
        Director of Law
        City of East Cleveland
        14340 Euclid Avenue
        East Cleveland, Ohio 44112

        COUNSEL FOR
        City of East Cleveland, John C. Bradford, Terrence Dunn, Vincent K. Johnstone, Patricia Lane, D. J. Miklovich, Michael C. Perry and Charles Teel