Case No. 17-4232/17-4262

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

DERRICK WHEATT; LAURESE GLOVER; EUGENE JOHNSON

    Plaintiffs - Appellees

v.

CITY OF EAST CLEVELAND; MICHAEL C. PERRY; VINCENT K. JOHNSTONE; D. J. MIKLOVICH; PATRICIA LANE; CHARLES TEEL; TERRENCE DUNN

    Defendants – Appellants

  The parties in 17-4262 jointly move to sever that appeal from 17-4232 and to remand 17-4262 pursuant to Federal Rule of Appellate Procedure 12.1(b). The district court has filed an indicative ruling pursuant to Federal Rule of Civil Procedure 62.1, concerning the judgements and parties underlying 17-4262, and asserted its intention to effectuate that ruling on remand.

  The appellants in 17-4232 have not opposed the motion to sever. The motion is GRANTED.

ENTERED BY ORDER OF THE COURT
Deborah S. Hunt, Clerk

Issued: June 28, 2018