IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DERRICK WHEATT and LAURESE GLOVER, | ) ) ) | No. 1:17-CV-377 & No. 1:17-CV-611 (consolidated) |
| Plaintiffs | ) ) | Judge James S. Gwin |
| v. | ) ) | |
| CITY OF EAST CLEVELAND, et al. | ) ) ) | Magistrate Judge William H. Baughman, Jr. |
| Defendants. | ) | |

### COUNTY DEFENDANTS' MOTION FOR STATUS CONFERENCE

Defendants Carmen Marino and Deborah Naiman ("County Defendants") hereby request that this Court conduct a status conference in connection with the County Defendants' Motion for Clarified Indicative Ruling, filed contemporaneously with this motion.

1

Counsel for Plaintiffs has indicated their assent to this request for a status conference in this matter.

                              Respectfully submitted,

                              MICHAEL C. O'MALLEY, Prosecuting Attorney of Cuyahoga County

By:   s/ Charles E. Hannan
       JENNIFER M. MEYER * (0077853)
       CHARLES E. HANNAN (0037153)
       Assistant Prosecuting Attorneys
        * *Lead Counsel*
       The Justice Center, Courts Tower, 8th Floor
       1200 Ontario Street
       Cleveland, Ohio 44113
       Tel: (216) 443-7800/Fax: (216) 443-7602
       jmeyer@prosecutor.cuyahogacounty.us
       channan@prosecutor.cuyahogacounty.us

       *Counsel for Defendants Deborah Naiman and Carmen Marino*

## CERTIFICATE OF SERVICE

      I certify that on the  17th  day of July 2018, the foregoing County Defendants' Motion for Status Conference was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                           /s/ Charles E. Hannan
                           CHARLES E. HANNAN
                           Assistant Prosecuting Attorney