IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| DERRICK WHEATT and LAURESE GLOVER, | |
| Plaintiffs | No. 1:17-CV-377 & No. 1:17-CV-611 (consolidated) |
| v. | Judge James S. Gwin |
| CITY OF EAST CLEVELAND, *et al.* | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS CARMEN MARINO, DEBORAH NAIMAN, AND CUYAHOGA COUNTY

Now comes Plaintiffs, Derrick Wheatt, Laurese Glover, and Eugene Johnson, and Defendants Carmen Marino and Deborah Naiman, and Cuyahoga County, by their respective counsel, and hereby file this Joint Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii).

Plaintiffs Glover, Wheatt, and Johnson hereby dismiss with prejudice any and all claims asserted by them against Defendants Naiman, Marino, and Cuyahoga County, with each side to bear its own costs.[1]

Respectfully submitted this 26th day of September, 2018.

                                                  Respectfully submitted,
                                                  s/ Elizabeth Wang

Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: (720) 328-5642
elizabethw@loevy.com
*Counsel for Plaintiffs Derrick Wheatt and Laurese Glover*

---

[1] Plaintiffs' claims against all of the City of East Cleveland Defendants remain pending.

1

s/ Michael B. Pasternak
Michael B. Pasternak
Park Center II, Suite 411
3681 South Green Road
Beachwood, OH 44122
O: (216) 360-8500
Mpasternak1@msn.com
*Counsel for Plaintiff Eugene Johnson*

Brett Murner
208 North Main Street
Wellington, OH 44090
O: (440) 647-9505
bmurner@yahoo.com

s/ Charles E. Hannan
CHARLES E. HANNAN (0037153)
Assistant Prosecuting Attorney
1200 Ontario Street, 8th Floor
Cleveland, Ohio 44113
Tel: (216) 443-7800/Fax: (216) 443-7602
Email: channan@prosecutor.cuyahogacounty.us
*Counsel for Deborah Naiman and Carmen Marino*

## CERTIFICATE OF SERVICE

    I, Elizabeth Wang, an attorney, hereby certify that on September 26, 2018, I served via CM/ECF the foregoing Joint Stipulation of Dismissal.

                                                s/ Elizabeth Wang
                                                Attorney for Plaintiffs Wheatt and Glover