IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

DERRICK WHEATT and LAURESE ）
GLOVER, ）
  ）  No. 1:17-CV-377 &
        Plaintiffs ）  No. 1:17-CV-611 (consolidated)
  ）
v. ）
  ）  Judge James S. Gwin
CITY OF EAST CLEVELAND,  *et al.* ）
  ）
        Defendants. ）

## PLAINTIFFS' MOTION TO SET FINAL PRETRIAL CONFERENCE DATE

Now come Plaintiffs, Derrick Wheatt, Laurese Glover and Eugene Johnson,

through their respective counsel, and respectfully moves for the Court to set a Final

Pretrial Conference date and time:

### ARGUMENT

The Court has set the trial for November 13, 2018. Dkt. 229. However, the

Court has not yet set a date and time for the Final Pretrial Conference. Plaintiffs

respectfully request that the Court set a date and time for the Final Pretrial

Conference (during the week before trial). (Counsel for Plaintiffs are available any

day the week of November 5-9, 2018. Lead trial counsel for Plaintiffs Wheatt and

Glover is unavailable October 29-30, 2018 due to her required attendance of a final

pretrial conference in another case in Chicago.)

WHEREFORE, Plaintiffs respectfully request the Court set a date and time

for the Final Pretrial Conference.

1

Respectfully submitted,
s/ Elizabeth Wang

Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: (720) 328-5642
elizabethw@loevy.com
*Counsel for Plaintiffs Derrick Wheatt and Laurese Glover*

s/ Michael B. Pasternak

Michael B. Pasternak                          Brett Murner
Park Center II, Suite 411                     208 North Main Street
3681 South Green Road                         Wellington, OH  44090
Beachwood, OH  44122                          O: (440) 647-9505
O: (216) 360-8500                             bmurner@yahoo.com
Mpasternak1@msn.com
*Counsel for Plaintiff Eugene Johnson*

## CERTIFICATE OF SERVICE

I, Elizabeth Wang, an attorney, hereby certify that on October 8, 2018, I served via CM/ECF the foregoing Motion.

s/ Elizabeth Wang
Attorney for Plaintiffs Wheatt and Glover

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(f), I hereby certify that the foregoing Memorandum complies with the 15-page limitation for memoranda relating to a non-dispositive motion in a case assigned to the Standard Track.

s/ Elizabeth Wang

2