IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DERRICK WHEATT and LAURESE GLOVER,<br><br>　　　　Plaintiffs<br><br>v.<br><br>CITY OF EAST CLEVELAND, *et al*.<br><br>　　　　Defendants. | No. 1:17-CV-377 &<br>No. 1:17-CV-611 (consolidated)<br><br>Judge James S. Gwin |

## PLAINTIFFS' MOTION IN *LIMINE* NO. 10:
**Barring All References to the General Risks or Challenges of Police Work**

Plaintiffs, Derrick Wheatt, Laurese Glover, and Eugene Johnson, through their attorneys, and hereby respectfully request that this Court grant their Motion *in Limine*, as follows:

Defendants may seek to introduce evidence or argue at trial that their work is risky or challenging. Any such argument or evidence related to that general claim is irrelevant and inadmissible. *Palmer v. Allen*, 14-cv-12247, 2017 WL 218077, at *12 (E.D. Mich. Jan. 19, 2017). The risks or challenges faced by police officers generally do not have any tendency to make any consequential facts in this case more or less likely. *Id*. (citing *Dyson v. Szarzynski*, 2014 WL 7205591, at *2 (N.D. Ill. Dec. 18, 2014)); *Ferreira v. City of Binghamton*, 2016 WL 4991600, at *12 (N.D.N.Y. Sept. 16, 2016) ("[T]estimony elicited solely to [elicit] the sympathy of jurors about the difficult task officers face could encourage jurors to make a decision based on something other than the facts of the case.").

WHEREFORE, Plaintiffs respectfully request an order from this Court barring evidence or argument that police work is generally risky or challenging.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　s/ Elizabeth Wang

| | |
|---|---|
| Mark Loevy-Reyes<br>LOEVY & LOEVY<br>311 N. Aberdeen St., 3rd Fl.<br>Chicago, IL 60607<br>O: (312) 243-5900<br>mark@loevy.com<br>Counsel for Plaintiffs Wheatt and Glover | Elizabeth Wang<br>LOEVY & LOEVY<br>2060 Broadway, Ste. 460<br>Boulder, CO 80302<br>O: (720) 328-5642<br>elizabethw@loevy.com |
| s/ Michael B. Pasternak<br>Michael B. Pasternak<br>Park Center II, Suite 411<br>3681 South Green Road<br>Beachwood, OH 44122<br>O: (216) 360-8500<br>Mpasternak1@msn.com<br>Counsel for Plaintiff Johnson | Brett Murner<br>208 North Main Street<br>Wellington, OH 44090<br>O: (440) 647-9505<br>bmurner@yahoo.com |

## CERTIFICATE OF SERVICE

I, Elizabeth Wang, an attorney, hereby certify that on October 29, 2018, I served via CM/ECF the foregoing Plaintiffs' Motion *In Limine*.

s/ Elizabeth Wang
Attorney for Plaintiff

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(f), I hereby certify that the foregoing Memorandum complies with the 15-page limitation for memoranda relating to a non-dispositive motion in a case assigned to the Standard Track.

s/ Elizabeth Wang