MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Date: | 11/6/18 |
| Judge: | James S. Gwin |
| Case No.: | 1:17CV00377 |
| | 1:17CV00611 |
| Court Reporter: | None |

DERRICK WHEATT, ET AL,           )
                                 )
        Plaintiffs,               )
                                 )
vs.                              )
                                 )
CITY OF EAST CLEVELAND,          )
ET AL,                           )
                                 )
        Defendants.              )

MATTERS CONSIDERED: Final pretrial conference held.  Trial shall begin November 13, 2018 at 9:15 a.m., Courtroom 18A.

TOTAL TIME: 1 hr. 17 min.                     *s/    Melanie Dresch*
                                              Courtroom Deputy Clerk