*MINUTES OF PROCEEDINGS JURY/BENCH TRIAL*
*HONORABLE JAMES S. GWIN*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF OHIO*

DERRICK WHEATT ET AL

vs.

CITY OF EAST CLEVELAND ET AL

Date: 11/13/18
Case No. 1:17CV00377
Court Reporter: S. Nageotte
Tape No:

COUNSEL FOR PLAINTIFF(S): Elizabeth Wang, Michael Pasternak, Brett Murner, Mark Loevy-Reyes
COUNSEL FOR DEFENDANT(S): Willa Hemmons, Paul J. Cristallo

**PROCEEDINGS:**

TRIAL TO:  Court ____  Jury _X_

OPENING STATEMENTS OF COUNSEL _X_

PLTF'S CASE:  Begun _X_  Continued and ___  Not Concluded _X_  Concluded ___

DEFT'S CASE:  Begun ___  Continued and ___  Not Concluded ___  Concluded ___

TESTIMONY TAKEN _X_  (See Witness List) Brian Howe, Laurese Glover, Michael Perry, Richard Drucker

REBUTTAL OF PLAINTIFF ___   SURREBUTTAL OF DEFENDANT ___

FINAL ARGUMENTS ___   CHARGE TO THE JURY ___

JURY DELIBERATIONS: Begun ___ Continued and ___ Not Concluded ___ Concluded ___

TRIAL ADJOURNED UNTIL 11/14/18 at 8:15 AM
TOTAL TRIAL TIME: 6 hr. 48 min.
EXHIBITS LOCATED: JERS
EXHIBITS RETURNED TO COUNSEL:

**COMMENTS:**
Doc. 240 denied without prejudice, defendants can re-raise if plaintiffs offer evidence on lost wages; Docs. 241, 277, 282, 287, 289, and 307 denied; Docs. 242, 243, 278, 279, 280, 281, 283, 286, 288 granted; Doc. 275 denied as to Shannon; Docs. 276, 284, and 285 denied but the Court will consider individual objections.

s/ Melanie Dresch
Courtroom Deputy Clerk