UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

DERRICK WHEATT, et al., : CASE NO. 1:17-CV-377
: consolidated with
Plaintiffs, : CASE NO. 1:17-CV-611
:
v. : VERDICT
:
CITY OF EAST CLEVELAND, et al., : Laurese Glover's Federal § 1983 Claims
: Against Michael Perry
Defendants. :
:

---

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

We, the Jury in this case, having been duly impaneled find in favor of Plaintiff Laurese Glover against Defendant Michael Perry and award damages of __3.5 million__.

Each of us Jurors concurring in said verdict signs his/her name hereto this __15th__ day of November, 2018.

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____
                                          FOREPERSON

```
---------------------------------------------                :
DERRICK WHEATT, et al.,                                      :    CASE NO. 1:17-CV-377
                                                             :    consolidated with
                   Plaintiffs,                               :    CASE NO. 1:17-CV-611
                                                             :
v.                                                           :    VERDICT
                                                             :
CITY OF EAST CLEVELAND, et al.,                              :    Eugene Johnson's Federal § 1983 Claims
                                                             :    Against Michael Perry
                   Defendants.                               :
                                                             :
---------------------------------------------                :
```

FILED
2018 NOV 15 PM 5: 34
U.S. DISTRICT COURT
DISTRICT OF OHIO
CLEVELAND

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

We, the Jury in this case, having been duly impaneled find in favor of Plaintiff Eugene Johnson against Defendant Michael Perry and award damages of __35 million__.

Each of us Jurors concurring in said verdict signs his/her name hereto this __15th__ day of November, 2018.

_[signatures]_

FOREPERSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

DERRICK WHEATT, *et al.*, : CASE NO. 1:17-CV-377
: consolidated with
Plaintiffs, : CASE NO. 1:17-CV-611
:
v. : VERDICT
:
CITY OF EAST CLEVELAND, *et al.*, : Derrick Wheatt's Federal § 1983 Claims
: Against Michael Perry
Defendants. :
:

---

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

We, the Jury in this case, having been duly impaneled find in favor of Plaintiff Derrick Wheatt against Defendant Michael Perry and award damages of  3.5 million .

Each of us Jurors concurring in said verdict signs his/her name hereto this 15th day of November, 2018.

FOREPERSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------

DERRICK WHEATT, et al., : CASE NO. 1:17CV377
: consolidated with
Plaintiffs, : CASE NO. 1:17-CV-611
:
v. : VERDICT
:
CITY OF EAST CLEVELAND, et al., : Laurese Glover's Federal § 1983 Claims
: Against Vincent Johnstone
Defendants. :
:

------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

We, the Jury in this case, having been duly impaneled find in favor of Plaintiff Laurese Glover against Defendant Vincent Johnstone and award damages of __1.5 million__.

Each of us Jurors concurring in said verdict signs his/her name hereto this 15th day of November, 2018.

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
                              FOREPERSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

-------------------------------------------------

DERRICK WHEATT, *et al.*,

        Plaintiffs,

v.

CITY OF EAST CLEVELAND, *et al.*,

        Defendants.

-------------------------------------------------

CASE NO. 1:17-CV-377
consolidated with
CASE NO. 1:17-CV-611

VERDICT

Eugene Johnson's Federal § 1983 Claims
Against Vincent Johnstone

FILED
2018 NOV 15 PM 5: 34

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

We, the Jury in this case, having been duly impaneled find in favor of Plaintiff Eugene Johnson against Defendant Vincent Johnstone and award damages of __1.5 million__.

Each of us Jurors concurring in said verdict signs his/her name hereto this __15th__ day of November, 2018.

_[signatures]_

FOREPERSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------

DERRICK WHEATT, *et al.*, : CASE NO. 1:17-CV-377
: consolidated with
Plaintiffs, : CASE NO. 1:17-CV-611
:
v. : VERDICT
:
CITY OF EAST CLEVELAND, *et al.*, : Derrick Wheatt's Federal § 1983 Claims
: Against Vincent Johnstone
Defendants. :
:

------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

We, the Jury in this case, having been duly impaneled find in favor of Plaintiff Derrick Wheatt against Defendant Vincent Johnstone and award damages of __1.5 million__.

Each of us Jurors concurring in said verdict signs his/her name hereto this 15th day of November, 2018.

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
                              FOREPERSON