UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------

| | : | |
|---|---|---|
| DERRICK WHEATT, ET AL, | : | CASE NO. 1:17CV00377 |
| | : | consolidated with |
| Plaintiffs, | : | CASE NO. 1:17CV00611 |
| | : | |
| vs. | : | JUDGMENT |
| | : | |
| CITY OF EAST CLEVELAND, ET AL, | : | |
| | : | |
| Defendants. | : | |
| | : | |

-------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

This case came before the Court for jury trial on November 13, 2018.  The jury rendered the following verdict on November 15, 2018:

1) verdict in favor of Plaintiff Derrick Wheatt against Defendant Vincent Johnstone for $1,500,000.00 in damages and against Defendant Michael Perry for $3,500,000.00 in damages for Plaintiff's claims under 42 U.S.C. § 1983;

2) verdict in favor of Plaintiff Eugene Johnson against Defendant Vincent Johnstone for $1,500,000.00 in damages and against Defendant Michael Perry for $3,500,000.00 in damages for Plaintiff's claims under 42 U.S.C. § 1983;

3) verdict in favor of Plaintiff Laurese Glover against Defendant Vincent Johnstone for $1,500,000.00 in damages and against Defendant Michael Perry for $3,500,000.00 in damages for Plaintiff's claims under 42 U.S.C. § 1983.

Case No. 1:17CV00377
Gwin, J.

This Judgment is entered pursuant to Federal Rule of Civil Procedure 58 and this case is terminated.

IT IS SO ORDERED.

Dated: December 4, 2018          *s/    James S. Gwin*
                                                   JAMES S. GWIN
                                                   UNITED STATES DISTRICT JUDGE