UNITED STATES DISTRICT COURT
NOR THERN DISTRICT OF OHIO
-------------------------------------------------------------

|  |  |  |
|---|---|---|
| DERRICK WHEATT, *et al.*, | : | CASE NOS. 1:17-CV-377 & |
|  | : | 1:17-CV-611 (consolidated) |
| Plaintiffs, | : |  |
|  | : |  |
| vs. | : | OPINION & ORDER |
|  | : | [Resolving Docs. 364, 385, 387] |
| CITY OF EAST CLEVELAND, *et al.*, | : |  |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

-------------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On August 29, 2019, the Court held Plaintiffs' motion for judgment on their indemnification claim in abeyance pending the Ohio Supreme Court's resolution of *Ayers v. City of Cleveland*.[1] The Court instructed that Plaintiffs could renew their argument once *Ayers* is decided. Accordingly, there has been no final judgment in this case.

Because there has been no final judgment, the Court hereby denies three of Defendants' motions as premature. *See* Doc. 364 (motion to stay execution of judgment); Doc. 385 (motion to stay debt collection proceedings); Doc. 387 (motion to waive bond). Defendants may renew these motions once the court renders final judgment in this case.

    IT IS SO ORDERED

Dated:  August 29, 2019          s/     *James S. Gwin*
                                                   JAMES S. GWIN
                                                   UNITED STATES DISTRICT JUDGE

---

[1] No. 2018-0852.  Oral Argument in *Ayers* was held on January 12, 2019; the Ohio Supreme Court has yet to decide the case. *See* docket, available at: http://www.supremecourt.ohio.gov/Clerk/ecms/#/caseinfo/2018/0852.