UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------

| | | |
|---|---|---|
| DERRICK WHEATT, *et al.*, | : | CASE NOS. 1:17-CV-377 & |
| | : | 1:17-CV-611 (consolidated) |
| Plaintiffs, | : | |
| | : | |
| vs. | : | ORDER |
| | : | [Doc. 414] |
| CITY OF EAST CLEVELAND, *et al.*, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On April 17, 2020, Plaintiffs renewed their motion for judgment on their indemnification claim against the City of East Cleveland.[1]  Defendants opposed.[2]

On August 18, 2020, the Court ordered the City of East Cleveland to state whether the City of East Cleveland has agreed to indemnify and hold Defendants Perry[3] and Johnstone harmless from Plaintiff's judgment.[4]  The Court further ordered that "[a]fter receipt of response to this Order, if Plaintiffs believe indemnification arguments remain, Plaintiffs shall file a response by Friday, August 21, 2020 at 4:00 PM."[5]

On August 21, 2020, the City of East Cleveland filed a document stating its agreement to indemnify the Defendants Perry and Johnstone from Plaintiffs' Judgment.[6]  Plaintiffs did not respond.

---

[1] Doc. 414.
[2] Doc. 415; Doc. 424; Doc. 425.
[3] Defendant Michael Perry passed away on December 9, 2018.  Doc. 393.  On October 22, 2019, the Court substituted Karen Perry, as Executor of Michael Perry's Estate, as the Defendant in place of Michael Perry.  Doc. 404.
[4] Doc. 426.
[5] *Id.*
[6] Doc. 427.

Case Nos. 1:17-cv-377 & 1:17-cv-611
Gwin, J.

In view of East Cleveland's agreement to indemnify Perry and Johnstone and Plaintiffs' nonresponse, the Court **DENIES** Plaintiffs renewed motion for judgment on their indemnification claim against the City of East Cleveland as moot.

IT IS SO ORDERED

Dated: August 24, 2020              *s/     James S. Gwin*
                                    JAMES S. GWIN
                                    UNITED STATES DISTRICT JUDGE