## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **DERRICK WHEATT,** *et al.,* | ) | **CASE NOs.: 1:17-CV-0377** |
| | ) | **and 1:17-CV-0611** |
| **Plaintiffs,** | ) | |
| | ) | **JUDGE JAMES S. GWIN** |
| **v.** | ) | |
| | ) | **MAGISTRATE JUDGE WILLIAM H** |
| **CITY OF EAST CLEVELAND,** *et al.,* | ) | **BAUGHMAN, JR.,** |
| | ) | |
| **Defendants.** | ) | |

### CITY OF EAST CLEVELAND JOINS IN THE JOINT MOTION FOR TELECONFERENCE WITH PLAINTIFFS AND DEFENDANTS TO RE-AFFIRM CITY OF EAST CLEVELAND'S OBLIGATION TO INDEMNIFY CITY DEFENDANT EMPLOYEES

Now comes City of East Cleveland, by and through undersigned Counsel who join in the

Motion to for a Teleconference although surprised that the Defendant Employees feel it

necessary inasmuch as it has been reimbursing whatever bills submitted to it by said Defendant

Employees pursuant to the instant case as well as governing case, *Ayers v. City of Cleveland,*

2020-OHIO-1047 and statutory law, Ohio Revised Code §2744.07 [both attached.].  Apparently,

the parties want a federal judge to wade into the unprecedented waters of collection.  This will

put the court in a particularly complicated position akin to that of a Bankruptcy Judge inasmuch

as the Ohio Supreme Court has just affirmed a $50 Million judgment against the City, *Black v*

*Hicks,* 2020-Ohio-5169; along with a preceding $12 Million, one, *Hunt v. City of East*

*Cleveland,* 2019-Ohio-0554 which is exacerbated by the fact that the City is already in a state of

Fiscal Emergency. And, while the City wishes it could avert all inconveniences to Defendant

Employees, unfortunately, that is the nature of the event.  Judgments are universally, an

inconvenience, a hassle and an annoyance—one that ultimately, falls on the City--which it has

and will continue to honor.   At any rate, undersigned Counsel will be available for the

Teleconference in fourteen days for return to work or on or about Dec. 14, 2020 due to health

concerns.

Respectfully submitted,


/s/ *Willa M. Hemmons*
Willa M. Hemmons, Esq. (0041790)
Law Director
City of East Cleveland
14340 Euclid Avenue
East Cleveland, Ohio 44112
whemmons@eastcleveland.org
Counsel for City of East Cleveland

2

## CERTIFICATE OF SERVICE

A true and accurate copy of the foregoing, *City of East Cleveland Joins in the Joint Motion for Teleconference,* was electronically filed with the Court on this 29th day of November, 2020; and, that by operation of this Court's electronic notification system a copy thereof is made available to all registered parties.

<em>/s/ Willa M. Hemmons</em><br>
Attorney for City of East Cleveland