Nos. 20-4017/20-4018

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| DERRICK WHEATT; LAURESE GLOVER; EUGENE JOHNSON, )<br>)<br>Plaintiffs-Appellees, )<br>)<br>v. )<br>)<br>CITY OF EAST CLEVELAND, OH, )<br>)<br>Defendant – Appellee, )<br>)<br>VINCENT K. JOHNSTONE, )<br>)<br>Defendant-Appellant (20-4017), )<br>)<br>and )<br>)<br>KAREN PERRY, Executor of Michael Perry's Estate, )<br>)<br>Defendant-Appellant (20-4018). ) | **FILED**<br>May 19, 2021<br>DEBORAH S. HUNT, Clerk<br><br>O R D E R |

The plaintiffs, Derrick Wheatt and Laurese Glover, move to consolidate these two appeals.

The defendants offer no response. The principal briefs have been filed in both appeals.

The motion is **GRANTED**, and these appeals are hereby **CONSOLIDATED** for submission to the court. Counsel for the defendants are advised to file any reply brief only on the appeal to which it applies by deselecting the inapplicable case number during the electronic filing event.

                                                    ENTERED PURSUANT TO RULE 45(a)
                                                    RULES OF THE SIXTH CIRCUIT

                                                    Deborah S. Hunt, Clerk