# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

No: 20-4018

Filed: January 12, 2022

DERRICK WHEATT; LAURESE GLOVER; EUGENE JOHNSON

    Plaintiffs - Appellees

v.                                                                                                                    1:17cv377 - JG

CITY OF EAST CLEVELAND, OH

    Defendant - Appellee

KAREN PERRY, Executor of Michael Perry's Estate

    Defendant - Appellant

## **CORRECTED** MANDATE

  Pursuant to the court's disposition that was filed 12/14/2021 the mandate for this case hereby issues today.  Affirmed

COSTS: None